David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
**BALLARD SPAHR LLP**
601 SW Second Ave., Suite 2100
Portland, OR 97204
Telephone:  503.778.2100
criswelld@ballardspahr.com
gepperta@ballardspahr.com

Attorneys for Kenneth S. Eiler, Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Reinard Adolph Pollmann, | ) | Case No. 25-60008-tmr11 |
| | ) | |
| Debtor. | ) | **TRUSTEE'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **MONTHLY OPERATING REPORT** |
| | ) | **FOR AUGUST 2025** |

Kenneth S. Eiler, Chapter 11 Trustee ("Trustee"), by and through his undersigned counsel, moves this Court for entry of an order extending the deadline by which the Trustee must file the August 2025 monthly operating report until October 7, 2025.  In support of this Motion, Trustee states as follows:

1.      Additional time is needed to prepare the monthly operating report for August 2025. The Trustee recently received a document and information production from the Debtor that he expects will enable him to prepare monthly operating reports for both July and August 2025 by October 7, 2025.  The Trustee has already sought and obtained an extension with respect to the July 2025 monthly operating report, and by this motion requests a two-week extension through October 7, 2025 to file the August 2025 monthly operating report.

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

2.      Extending the monthly operating report deadline from September 22, 2025, through and including October 7, 2025, will not materially prejudice any of the other parties in the case.

3.      Trustee's counsel reached to the U.S. Trustee's Office to determine whether it objects to this request but has not received as a response as of the time of this filing.

WHEREFORE, the Trustee respectfully requests that the deadline to file the monthly report for August 2025 be extended through and including October 7, 2025.  A copy of the Trustee's proposed Order is attached hereto as **Exhibit 1**.

DATED:  September 23, 2025

BALLARD SPAHR LLP


 *s/ Andrew J. Geppert*
David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
Telephone:  503.778.2100
criswelld@ballardspahr.com
gepperta@ballardspahr.com

Attorneys for Kenneth S. Eiler, Chapter 11 Trustee

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re ) 
)
REINARD POLLMANN, )    Case No. 25-60008-tmr11
)
               Debtor. )    **ORDER EXTENDING TIME TO FILE**
)    **MONTHLY OPERATING REPORT**
)    **FOR AUGUST 2025**
)
)

THIS MATTER having come before the Court on the Motion of Kenneth S. Eiler, Chapter 11 Trustee ("Trustee"), for an order extending the deadline by which the Trustee must file his monthly operating report for August 2025 until October 7, 2025 (the "Motion") (filed September 23, 2025, ECF ___); the Court having reviewed the Motion, and no objections being filed in opposition to the Motion, and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED

1.     The Motion is granted.

PAGE 1    ORDER EXTENDING TIME TO FILE MONTHLY OPERATING REPORT FOR AUGUST 2025

Ex. 1 - Proposed Order

2.      The deadline for the Trustee to file the monthly report for August 2025 is extended through and including October 7, 2025.

# # #

Presented By:
BALLARD SPAHR LLP

*/s/*_____
David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
Telephone:  503.778.2100
criswelld@ballardspahr.com
gepperta@ballardspahr.com

Attorneys for Kenneth S. Eiler, Chapter 11 Trustee

PAGE 2      ORDER EXTENDING TIME TO FILE MONTHLY OPERATING REPORT FOR
            AUGUST 2025

Ex. 1 - Proposed Order

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2025, I electronically filed the foregoing **TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE MONTHLY OPERATING REPORT FOR AUGUST 2025** with the Clerk of the Court using the CM/ECF system, which caused parties who are registered ECF participants to be served by electronic means.  I also sent the foregoing document by email to rpproperties@gmail.com and by U.S. mail to the addresses below:

Reinard Adolph Pollmann
1845 Highway 126
Florence, OR 97439

Reinard Adolph Pollmann
2315 Spruce St
Florence, OR 97439

DATED September 23, 2025

*s/ Andrew J. Geppert*
Andrew J. Geppert, OSB No. 203744

PAGE 1 – CERTIFICATE OF SERVICE