UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                              )
                                                   )    Case No._____
                                                   )
                                                   )    APPLICATION TO EMPLOY
                                                   )    BROKER, **AND ORDER THEREON**
Debtor(s)                                          )

    The undersigned trustee applies to employ _____, a licensed real estate or other broker, whose address is _____, to sell the following estate property under an exclusive listing or other agreement:

    The terms of employment and compensation are customary in this marketplace for this type of sale and are as shown in the <u>attached listing or other agreement</u>. In general terms, the proposed compensation is as follows: _____ **Inclusive of local broker commissions, the broker commission on any sale shall not exceed 8%.** .

    To the best of the trustee's knowledge said broker has no connections with the entities listed in the verification below, except as described therein.

DATE: _____                          _____
                                                                                    Trustee

753.60 (8/8/13)          **Page 1 of 2**        **\*\*\* SEE NEXT PAGE \*\*\***

I, the broker named above, verify that neither I nor my company has any connections with the debtor(s), creditors, U.S. Trustee, Asst. U.S. Trustee, any employee of either the U.S. Trustee or Asst. U.S. Trustee, any District of Oregon Bankruptcy Judge, any other party in interest, or their respective attorneys or accountants, except as follows:

**WCCR was employed by Kenneth S. Eiler in his capacity as Chapter 11 Trustee of the Estate of Reinard Pollmann before the Debtor's case was converted to Chapter 7.**



President

Applicant/Relation to Company

**IT IS ORDERED** that employment of the above-named broker is authorized and the trustee is authorized to compensate said broker <u>within the above terms</u> without further court order unless an interested party files a timely objection to the notice of sale and proposed compensation.

**IT IS FURTHER ORDERED** that any proposed sale of the listed asset and broker compensation is subject to bankruptcy court approval if timely objections are filed, any arbitration or mediation provision in the attached agreement is without effect, and all issues regarding the employment relationship or the interpretation of the attached agreement are subject to the exclusive jurisdiction of the bankruptcy court.

###

753.60 (8/8/13)          **Page 2 of 2**



**West Coast Commercial Realty**

## MASTER AGENCY AND CONSULTING AGREEMENT

This Master Agency and Consulting Agreement ("Agreement"), dated as of February 27, 2026 is made by and between Kenneth S. Eiler, as Chapter 7 Trustee of the Estate of Reinard Pollman in Case No. 25-60008-thp7 in the United States Bankruptcy Court for the District of Oregon  ("Client"), whose current address is 515 NW Saltzman Rd., PMB 810, Portland, OR 97229**, and WEST COAST COMMERCIAL REALTY, LLC** , whose current address is 1700 7th Avenue, Suite 2220, Seattle, WA 98101("Firm").

1.      **BASIC PROVISIONS:**

      1.1      **Characteristics**:  Client has informed Firm that Client is the court-appointed bankruptcy trustee for the owner of real property requiring disposition ("Real Property"), including but not limited to those properties identified on Schedule A attached hereto.

      1.2      **Local Broker**:  Firm will use reasonably diligent efforts to identify and engage a licensed cooperative real estate agent ("Local Broker") in each market where the Real Property is located, and provide to the Client the services listed in Schedule B.  All listing agreements with Local Brokers must be executed by the Client and must include the Addendum attached hereto as Schedule C.

      1.3      **Transaction(s):** Firm will use reasonably diligent efforts to supervise and assist the Local Broker in the marketing, negotiation and execution of sales agreement(s) as directed and approved by the Client ("Transaction"), each of which shall be subject to approval by the United States Bankruptcy Court for the District of Oregon.

      1.4      **Term of Agreement**:  The term of this Agreement commenced on **February 27, 2026** and, unless extended or terminated sooner, expires at 5:00 p.m. on **February 27, 2027** ("Term"), provided, however, that the term of this Agreement shall be automatically renewed for additional successive periods of 1 year each (each a "Renewal Term") upon the same terms and conditions as set forth herein until terminated by Client or Firm at any time upon written notice of termination.

2.      **EMPLOYMENT:**

      2.1      Client hereby employs and authorizes Firm to act as Client's agent to represent Client in the Transaction(s). Client authorizes Firm to appoint TIFFINI CONNELL and JONATHAN WILLETT as Client's master brokers ("Master Brokers"). Firm shall use reasonably diligent efforts to identify, engage and supervise the Local Brokers. All negotiations and discussions for a Transaction shall be directed and supervised by Firm on behalf of Client.

      2.2      Client authorizes Firm to:

(a)      Contract with Local Brokers to provide local brokerage services and representation of Client in compliance with relevant governing jurisdictions;

(e)      Distribute and require that Local Brokers sign a consulting agreement between Firm and Local Broker in advance of doing any work on behalf of Client;

(f)    Transmit information relating to Client's Requirements to Local Brokers, other brokers, and/or suitable buyers of the Real Property.  Client shall identify to Firm as "confidential" any communications or information provided to Firm that Client considers confidential and desires not to be disclosed by Firm;

(g)    Firm is not, however, authorized to, in any way, bind Client to sell any particular Real Property.

3.    **FIRM RECOGNITION:**  Client agrees to recognize Firm as its Master Broker for this assignment during the term of this Agreement. Client agrees to continue to recognize Firm as its Master Broker for a period of the later of i) 365 days following termination of this agreement, or ii) through Closing of any Transaction, in connection with any prospective Transaction submitted to Client during the term of this Agreement. Client agrees that such 180-day period will be extended for so long as negotiations with a prospective buyer submitted to Client by Firm during the term of this Agreement are continuing.

4.    **CONSULTING FEES:** Firm will participate, at Firm's discretion and by separate agreement, in all compensation negotiated between Firm and any Local Broker to be paid by the Seller. In addition, Firm shall be paid by the Seller an additional two percent (2%) of the sales price on any Transaction, payable in full at Closing.

5.    **LEGAL FEES AND EXPENSES:**  If either party institutes legal action to enforce its rights under this Agreement, the prevailing party will be entitled to recover its reasonable attorneys' fees and other costs so incurred.

6.    **PROFESSIONAL ADVICE:** Firm recommends that Client obtain legal, tax or other professional advice relating to the proposed sale of any Real Property, as well as the condition and/or legality of any property, including, but not limited to, the property's improvements, equipment, soil, tenancies, title, code, environmental aspects and compliance with the Americans with Disabilities Act.  Firm will have no obligation to investigate any such matters.

7.    **DUAL AGENCY**: Firm agrees that dual agency is prohibited and that Firm will not represent any buyer who submits an offer to purchase any Real Property.

8.    **MISCELLANEOUS:** This Agreement represents the entire understanding and agreement of the parties with respect to the matters contained herein, and may be modified or waived only by a separate writing executed by the parties expressly so modifying or waiving this Agreement. If any provision of this Agreement is held to be invalid or unenforceable in whole or in part, such invalidity or unenforceability will attach only to such provision or part thereof and the remaining part of such provision and all other provisions hereof will continue in full force and effect. This Agreement shall be governed and construed in accordance with the laws of the State of Washington, USA, without regard to the laws of conflict of laws. In connection with any suit or action arising from or in connection with this Agreement, the prevailing party shall be entitled to an award of any of its expenses (including attorneys' fees and costs). This Agreement constitutes the entire agreement (and supersedes all prior agreements) between the parties relating to the subject matter hereof.

9.    **LIMITATION OF LIABILITY:**  EXCEPT FOR EITHER PARTY'S BREACH OF CONFIDENTIALITY OR INDEMNIFICATION OBLIGATIONS, IN NO EVENT WILL EITHER PARTY OR ITS AFFILIATES BE LIABLE TO THE OTHER PARTY OR ITS AFFILIATES FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES OF ANY NATURE ARISING OUT OF OR RELATED TO THIS AGREEMENT, EVEN IF SUCH PARTY WILL HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.  THE FOREGOING WILL

APPLY REGARDLESS OF THE NEGLIGENCE OR OTHER FAULT OF EITHER PARTY AND REGARDLESS OF WHETHER SUCH LIABILITY ARISES IN CONTRACT, NEGLIGENCE, TORT, STRICT LIABILITY OR ANY OTHER THEORY OF LIABILITY.

10.    **SURVIVAL:**  This Agreement is binding upon the parties hereto and their respective successors and assigns.  The term "Client" and "Seller" includes affiliates, successors, assigns and nominees.

<table>
<tr><td style="text-align:center"><strong>CLIENT</strong><br><strong>KENNETH S. EILER, TRUSTEE OF THE CHAPTER 7 ESTATE OF REINARD POLLMAN</strong></td><td style="text-align:center"><strong>FIRM</strong><br><strong>WEST COAST COMMERCIAL REALTY, LLC</strong></td></tr>
</table>

By: _____          By: _____

Date: 3/9/2026                          Date: 3/5/2026

Name:  Kenneth S. Eiler                 Tiffini Connell
Title: Chapter 7 Trustee                President

Address: 515 NW Saltzman Rd             1700 7th Avenue, Suite 2220, Seattle, WA 98101
PMB 810                                 Phone: (206) 283-5212
Portland, OR 97229                      Email: tiffini@wccommercialrealty.com
Phone: 503-292-6020
Email: kenneth.eiler7@gmail.com

## Schedule A – Real Property

1750 8TH ST.
FLORENCE, OR 97439

1575 10TH ST.
FLORENCE, OR 97439

1475 10TH ST.
FLORENCE, OR 97436

2153 E. 10TH ST.
FLORENCE, OR 97439

1525 12TH ST.
FLORENCE, OR 97439
(Sale Pending)

1845 HWY 126
FLORENCE, OR 97439

10692 HWY 126
MAPLETON, OR 97453

2270 SPRUCE ST.
FLORENCE, OR 97439

4893 S. LOFTUS RD
FLORENCE, OR 97439

2315 SPRUCE ST.
FLORENCE, OR 97439

85659 CHERRY ST.
FLORENCE, OR 97439

5619 CANARY RD
FLORENCE, OR 97439

6880 HWY 126 [6780]
FLORENCE, OR 97439

7659 BERNHARDT HEIGHTS RD.
FLORENCE, OR 97439

CHRISTMAS VALLY, OR

321 N. FIFTH ST.
COOS BAY, OR 97420

638 SPRUCE ST.
MYRTLE POINT, OR 97458

1109 S 1ST ST.
COOS BAY, OR 97420

367 & 383 ANDERSON AVE
COOS BAY, OR 97420

125 E. 10TH ST
COQUILLE, OR 97423

455 BEAR CREEK ROAD
COTTAGE GROVE OR 97424

2178 WINCHESTER AVE.
REEDSPORT, OR 97467

2118 WINCHESTER AVE.
REEDSPORT, OR 97467

2150 WINCHESTER AVE.
REEDSPORT, OR 97467

2605 LOWER SMITH RIVER RD
REEDSPORT, OR 97467

754 SW COAST HWY
NEWPORT OR 97365
(Sale Pending)

414 NORTH FEDERAL BOULEVARD
RIVERTON, WY 82501

120 SOUTH FEDERAL BOULEVARD
RIVERTON, WY 82501

1501 NORTH FEDERAL BOULEVARD
RIVERTON, WY 82501

117[4] US-36
SMITH CENTER, KS 66967

108 N. WASHINGTON ST.
SMITH CENTER, KS 66967

14071 160TH RD.
SMITH CENTER, KS 66967

222 N. 6TH ST
WAKEENEY, KS 67672

NIKOLAEVSK VILLAGE IN
KENAI, AK

## Schedule B - Services

### 1. Scope

1.1 Reach out to commercial and residential brokers, depending on asset type, in each location and interview brokers to determine if they would be the right fit for the asset and us, to achieve the desired goal of disposing of each asset.

1.2 Contract with and manage the Local Brokers (s) in each area and each asset type to develop a Brokers Opinion of Value (BOV) for each asset along with a marketing approach.

1.3 Create marketing materials and signage (where applicable) for each asset.

1.4 Engage in regular follow up calls and meetings with the Local Brokers for progress reports, recent interest and strategy brainstorming sessions that may work in each particular market.

1.5 At the direction of the Client, provide supervision and assistance negotiating and closing Transactions.

### 2. Market Information

2.1 Provide market information on relevant local / regional markets as requested by Client and as available to the Firm.

### 3. Transaction Management

3.1 Manage proposal process ensuring each transaction is executed in a timely manner and of professional quality.

3.2 Ensure adherence by all relevant parties to Client's required documentation.

3.3 Coordinate and manage Transaction negotiations and process, as required and at the direction of Client; provided, however, in no event whatsoever shall Firm perform any legal services hereunder and/or provide any legal documents to Client. Firm shall cooperate with Client's designated legal counsel.

## Schedule C - Addendum to Local Broker Listing Agreements

ADDENDUM TO LISTING AGREEMENT

This Addendum is made to that Listing Agreement between Kenneth S. Eiler, in his capacity as chapter 7 trustee for the bankruptcy estate of Reinard Pollmann, debtor, Case No. No. 25-60008-thp7 ("Trustee"), and [LOCAL BROKER] ("Broker"). The remaining terms of the Listing Agreement remain in full force and effect provided they do not conflict with the terms below, and this Addendum applies to any modifications, renewals or extensions of this Listing Agreement.

1.      The Seller is Kenneth S. Eiler, as Trustee for the Bankruptcy Estate of Reinard Pollmann, debtor, Case No. 25-60008-thp7.

2.      Broker understands and acknowledges that all offers will be subject to Trustee (a) providing adequate notice of a sale in the United States Bankruptcy Court, District of Oregon, Case No. 25-60008-thp7, pursuant to the Bankruptcy Code and receiving no timely objections, or (b) obtaining a court order approving a Sale. No commission shall be due until (2)(a) or (b) are satisfied, in addition to all other terms of the Listing Agreement and this Addendum.

3.      Broker understands and acknowledges that all commissions charged by the Local Broker for a the sale of the Property will be commercially reasonable for region where the Property is located and the nature of the Property.

4.      Broker understands and acknowledges that all offers are subject to overbid by third parties and that any commissions which may be due under any sale transaction is subject to Bankruptcy Court approval.

5.      Title shall be conveyed by Trustee's Deed, with no representations or warranties, expressed or implied as to the condition of title or property improvements. There may exist liens or encumbrances against the property which are in default.

6.      Any and all purchasers of the Property ("Purchaser") will accept the land, buildings, improvements and all other aspects of the Property in their present conditions AS IS, including latent defects, the environmental conditions present on the premises, or any other matter affecting or relating to the physical condition of the Property, without any representations or warranties, express or implied, unless they are set forth expressly herein. Purchaser will expressly waive any and all claims growing or arising out of any representations or warranties with regard to the Property.

7.      The Seller represents that he has authority to sell the subject property but does not provide any warranties regarding the condition of the property or the disclosures, written or otherwise, provided as part of the sale process. No indemnity is provided.

8.      Dual agency is not permitted. To the extent applicable law requires that Broker complete a Dual Agency Disclosure form, such form shall notate that dual agency is not permitted.

9.      The United States Bankruptcy Court shall have sole jurisdiction for any and all dispute resolutions pertaining to this transaction, and any references to mediation or arbitration are hereby void.

DATE: 3/5/2026

DocuSigned by:

_Tiffini Connell_
024C1861B4B9404...
[LOCAL BROKER], Broker

DocuSigned by:

_ken Eiler_
/s/ _____ B3607B12898B4BA...
Kenneth S. Eiler, Trustee
Estate of Reinard Pollmann, debtor
Case No. 25-60008-thp7