DAN RAYFIELD
Attorney General
CARLA GOWEN McCLURG, OSB# 165144
carla.mcclurg@doj.oregon.gov
Senior Assistant Attorneys General
Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
Telephone: (503) 934-4400

Attorneys for State of Oregon

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

Reinard Adolph Pollmann,

          Debtor.

Case No. 25-60008-thp11

**APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**

Appellee State of Oregon, Department of Revenue, Employment Department, Department of State Lands, Department of Consumer and Business Services, Department of State Lands, and Department of Environmental Quality (the "State" or the "Appellee")[1] by and through counsel, Oregon Department of Justice and Carla Gowen McClurg, Senior Assistant Attorney General, pursuant to Federal Rule of Bankruptcy Procedure 8009, hereby submits its designation of items in the record ("Designation of Record") to be included in Appellant Reinard Adolph Pollmann's appeal[2] (ECF No. 316) of the Order Converting Chapter 11 Case to Chapter 7, filed February 17, 2026 (ECF No. 295), and Appellant Joconda Nielson's appeal (ECF No. 319) of the Order Converting Chapter 11 Case to Chapter 7 (ECF No. 295), Order

---

[1] The State is not listed as an appellee in the notices of appeal filed by Appellant Reinard Pollmann and Appellant Joconda Neilson.  The State should have been listed as an appellee because the State filed the Motion to Convert Case to Chapter 7 and submitted evidence and argument in support.

[2] Appellant Reinard Pollmann's Notice of Appeal indicated that he elected to have his appeal heard by the Bankruptcy Appellate Panel; however, on March 4, 2026, Appellant Reinard Pollmann filed an Amended Statement of Election to Have Appeal Heard by the United States District Court (ECF No. 335).

**Page 1 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**

Approving Sale of Real Property (ECF No. 294) and Order Approving Sale of Real Property (ECF No. 293), filed February 17, 2026.

## I.    DESIGNATION OF THE RECORD

Appellee designates the following items to be included in the record on the appeals. To the extent exhibits are attached to or referred to in any of the items identified below, they shall be included in the Designation of Record. In addition, Appellee hereby designates in the record on the appeals the claims filed and the Transcripts of the court hearings as further identified below.

| Date of Filing | Docket No. | Description of Document |
| --- | --- | --- |
| 01/03/2025 | 1 | Chapter 11 Voluntary Petition Filed by Reinard Adolph Pollmann Exclusivity Expires 5/3/2025 re ECF No. 58 Order Removing SubChapter V Designation (dcm) Modified on 4/9/2025 (bdw) Corrected docket text to standard filing. (Entered: 01/03/2025) |
| 01/03/2025 | 5 | Order and Notice Regarding Time to File Documents; and Notice of Proposed Dismissal. (dcm) (Entered: 01/03/2025) |
| 01/03/2025 | 6 | Order of Designation, and Notice of Chapter 11 Financial Reporting and Mailing Requirements Monthly Operating Report due by 2/21/2025. (dcm) (Entered: 01/03/2025) |
| 01/07/2025 | 11 | Notice of Appointment of Trustee. Kenneth S Eiler added to the case. Filed by U.S. Trustee US Trustee, Eugene. (Steven, Heather) (Entered: 01/07/2025) |
| 01/15/2025 | 15 | Correspondence Re: Notice and Demand to File Filed By Creditor Oregon Dept of Revenue. (Vazquez, Daisy) (Entered: 01/15/2025) |
| 01/17/2025 | 16 | Missing Documents: Summary of Assets and Liabilities, All Schedules, Declaration to Schedules and Statement of Financial Affairs and Declaration: Filed By Debtor Reinard Adolph Pollmann (bd) (Entered: 01/22/2025) |
| 01/23/2025 | 17 | Amended Statement of Financial Affairs Filed By Debtor Reinard Adolph Pollmann (bd) (Entered: 01/24/2025) |

**Page 2 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**
*In re Reinard Adolph Pollmann*                    *CGM:kag/1016216568*
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE:  (503) 934-4400

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 01/24/2025 | 18 | Order Setting Case Management Conference. Case Management Conference set for 2/24/2025 at 01:30PM by Telephone Hearing - TMR Dial (855) 244-8681, Enter Meeting ID 2318 130 5070#. Case Management Documents Due By 02/10/2025. (cal) (Entered: 01/24/2025) |
| 01/27/2025 | 21 | Missing Documents: Statement re Status of Filing Small Business Documents Filed By Debtor Reinard Adolph Pollmann (bd) (Entered: 01/28/2025) |
| 01/29/2025 | 23 | Motion to Dismiss or Convert Chapter 11 Case to Chapter 7. Fee EXEMPT. Filed by U.S. Trustee US Trustee, Eugene (Schaffer, Amy) (Entered: 01/29/2025) |
| 01/29/2025 | 24 | Motion to Shorten Time re 23 Motion to Dismiss or Convert Chapter 11 Case to Chapter 7 filed by US Trustee, Eugene (Schaffer, Amy) Modified on 1/30/2025 (bd) Corrected docket text to add document relationship. (Entered: 01/29/2025) |
| 01/30/2025 | 25 | Order Granting 24 Motion to Shorten Time re 23 Motion to Dismiss or Convert Chapter 11 Case to Chapter 7 filed by US Trustee Eugene (bd) (Entered: 01/30/2025) |
| 01/31/2025 | 27 | Amended Order RE 24 Motion to Shorten Time re 23 Motion to Dismiss or Convert Chapter 11 Case to Chapter 7 filed by US Trustee Eugene; It is Further Ordered, that the notice period is shortened to four days and movant must provide notice to the debtor by first class mail and email no later than 1/31/25. (bd) (Entered: 01/31/2025) |
| 01/31/2025 | 30 | Notice of Hearing. Filed By U.S. Trustee US Trustee, Eugene Re: 23 Motion to Dismiss or Convert Chapter 11 Case to Chapter 7. Fee EXEMPT. Filed by U.S. Trustee US Trustee, Eugene (Schaffer, Amy). Hearing Scheduled for 2/4/2025 at 02:00 PM in/by Telephone Hearing - RFS Dial (855) 244-8681, Enter Meeting ID 2318 713 5942#. (Steven, Heather) (Entered: 01/31/2025) |
| 02/03/2025 | 36 | Correspondence Re: February 4th Hearing Filed By Trustee Kenneth S Eiler (Eiler, Kenneth) (Entered: 02/03/2025) |

**Page 3** – **APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**

*In re Reinard Adolph Pollmann*　　　　　　　　　　　　　　　*CGM:kag/1016216568*

**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 934-4400

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 02/04/2025 | 37 | Hearing Held. Re: 19 Motion to Extend Automatic Stay and Statement as to Good Faith Filing and Notice of Hearing Filed by Debtor Reinard Adolph Pollmann., 23 Motion to Dismiss or Convert Chapter 11 Case to Chapter 7. Fee EXEMPT. Filed by U.S. Trustee US Trustee, Eugene. (rrh) (Entered: 02/05/2025) |
| 02/06/2025 | 39 | Notice of Hearing. Filed By U.S. Trustee US Trustee, Eugene Re: 23 Motion to Dismiss or Convert Chapter 11 Case to Chapter 7. Fee EXEMPT. Filed by U.S. Trustee US Trustee, Eugene (Schaffer, Amy). Hearing Scheduled for 2/18/2025 at 01:30 PM in/by Courtroom 5, Eugene. (Steven, Heather) (Entered: 02/06/2025) |
| 02/13/2025 | 47 | List of Witnesses Filed By U.S. Trustee US Trustee, Eugene (Steven, Heather) (Entered: 02/13/2025) |
| 02/13/2025 | 48 | Exhibit List and Exhibits for Hearing or Trial Filed By U.S. Trustee US Trustee, Eugene (Steven, Heather) (Entered: 02/13/2025) |
| 02/13/2025 | 49 | First Amended Exhibit List and Exhibits for Hearing or Trial Filed By U.S. Trustee US Trustee, Eugene (Steven, Heather) (Entered: 02/13/2025) |
| 02/13/2025 | 52 | Exhibit List (Not Lodged)and Exhibits for Hearing or Trial (Attachments: #(1) Insurance Receipt #(2) Insurance Quotation #(3) Insurance E-mails) Filed via Public Document Upload by Debtor Reinard Adolph Pollmann (bd) (Attachment 2 replaced on 2/14/2025) (bd). Edited filed date. Modified on 2/18/2025 (cml). (Entered: 02/14/2025) |
| 02/18/2025 | 53 | Record of Proceeding. Re: 23 Motion to Dismiss or Convert Chapter 11 Case to Chapter 7. Fee EXEMPT. Filed by U.S. Trustee US Trustee, Eugene. Continued Hearing Scheduled for 02/24/2025 at 01:30 PM by Telephone Hearing - TMR Dial (855) 244-8681, Enter Meeting ID 2318 130 5070#. (cal) (Entered: 02/20/2025) |
| 02/24/2025 | 56 | Hearing Held. Re: 23 Motion to Dismiss or Convert Chapter 11 Case to Chapter 7. Fee EXEMPT. Filed by U.S. Trustee US Trustee, Eugene; and Re: 18 Order Setting Case Management Conference. (cal) (Entered: 02/25/2025) |

**Page 4 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 02/25/2025 | 58 | Order Removing Subchapter V Designation re 56 Hearing Held on 23 Motion to Dismiss or Convert Chapter 11 Case to Chapter 7 filed by US Trustee, Eugene (bd) (Entered: 02/25/2025) |
| 02/27/2025 | 60 | Motion to Appoint Trustee Kenneth S. Eiler Filed by U.S. Trustee US Trustee, Eugene (Steven, Heather) (Entered: 02/27/2025) |
| 02/27/2025 | 61 | Acceptance of Appointment as Chapter 11 Trustee. Filed by U.S. Trustee US Trustee, Eugene. (Steven, Heather) (Entered: 02/27/2025) |
| 03/03/2025 | 64 | Order Approving Appointment of Chapter 11 Trustee Re: 60 Motion to Appoint Trustee. (jd) (Entered: 03/03/2025) |
| 04/21/2025 | 91 | Chapter 11 Monthly Operating Report for the month ending: 03/31/2025 Filed By Trustee Kenneth S Eiler Monthly Operating Report due by 5/21/2025.(GEPPERT, ANDREW) (Entered: 04/21/2025) |
| 05/21/2025 | 103 | Chapter 11 Monthly Operating Report for the month ending: 04/30/2025 (Attachments: # 1 Supplement) Filed By Trustee Kenneth S Eiler Monthly Operating Report due by 6/23/2025.(GEPPERT, ANDREW) (Entered: 05/21/2025) |
| 06/23/2025 | 123 | Chapter 11 Monthly Operating Report for the month ending: 05/31/2025 (Attachments: # 1 Supplement) Filed By Trustee Kenneth S Eiler Monthly Operating Report due by 7/21/2025.(CRISWELL, DAVID) (Entered: 06/23/2025) |
| 07/15/2025 | 134 | Correspondence Re: Sale of Property Filed via Public Document Upload by Debtor Reinard Adolph Pollmann (bd) (Entered: 07/15/2025) |
| 07/17/2025 | 135 | Amended Correspondence re Sale of Property Filed By Debtor Reinard Adolph Pollmann (bd) (Entered: 07/17/2025) |

**Page 5** – **APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**
*In re Reinard Adolph Pollmann*                                    *CGM:kag/1016216568*
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 934-4400

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 07/17/2025 | 136 | Emergency Motion for Relief, Motion to Compel Accounting, Motion to Extend Exclusivity Period and Motion for Fee Waiver Filed by Debtor Reinard Adolph Pollmann (bd) Additional attachment(s) added on 7/17/2025 (bd). (Entered: 07/17/2025) |
| 07/21/2025 | 137 | Application to Employ Emerald City Property Management Inc. Filed by Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 07/21/2025) |
| 07/21/2025 | 138 | Declaration of Kenneth S. Eiler Re: 137 Application to Employ Filed By Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 07/21/2025) |
| 07/21/2025 | 139 | Declaration of Shawn Singh Re: 137 Application to Employ Filed By Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 07/21/2025) |
| 07/21/2025 | 140 | Motion to Extend Time to File Monthly Operating Report (June 2025) Filed by Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 07/21/2025) |
| 07/30/2025 | 144 | Response Filed by Trustee Kenneth S Eiler Re: 135 Amended Correspondence re Sale of Property Filed By Debtor Reinard Adolph Pollmann (bd), 136 Emergency Motion for Relief, Motion to Compel Accounting, Motion to Extend Exclusivity Period and Motion for Fee Waiver Filed by Debtor Reinard Adolph Pollmann (bd) Additional attachment(s) added on 7/17/2025 (bd). (GEPPERT, ANDREW) (Entered: 07/30/2025) |
| 07/30/2025 | 145 | Declaration of Kenneth S. Eiler Re: 144 Response Filed By Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 07/30/2025) |
| 07/31/2025 | 146 | Trustee's Report Re: (Re:124 Order on Motion for Authority to Sell Free and Clear of Liens). Filed by Trustee Kenneth S Eiler. (Eiler, Kenneth) (Entered: 07/31/2025) |
| 08/06/2025 | 147 | Application for Assignment of Pro Bono Counsel Filed by Debtor Reinard Adolph Pollmann via Public Document Upload (jd) (Main Document 147 replaced on 8/7/2025) (jd). (Entered: 08/07/2025) |

**Page 6 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**
*In re Reinard Adolph Pollmann*                                        *CGM:kag/1016216568*
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE:  (503) 934-4400

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 08/07/2025 | 148 | Notice of Hearing Re: 147 Application for Assignment of Pro Bono Counsel Filed by Debtor Reinard Adolph Pollmann via Public Document Upload (jd). Hearing Scheduled for 8/15/2025 at 10:00 AM by Telephone Hearing - TMR Dial (855) 244-8681, Enter Meeting ID 2318 130 5070#. (cal) (Entered: 08/07/2025) |
| 08/12/2025 | 150 | Supplemental Declaration of Shawn Singh Re: 137 Application to Employ Filed By Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 08/12/2025) |
| 08/12/2025 | 151 | Supplemental Declaration of Kenneth S. Eiler Re: 137 Application to Employ Filed By Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 08/12/2025) |
| 08/18/2025 | 172 | Minute Order/Record of Proceeding for Hearing Held on 8/15/2025. Re: 134 Correspondence Re: Sale of Property; and 135 Amended Correspondence re Sale of Property; and 136 Emergency Motion for Relief, Motion to Compel Accounting, Motion to Extend Exclusivity Period and Motion for Fee Waiver; and 137 Application to Employ Emerald City Property Management Inc.; and 140 Motion to Extend Time to File Monthly Operating Report (June 2025); and 147 Application for Assignment of Pro Bono Counsel. (cal) (Entered: 08/18/2025) |
| 09/10/2025 | 180 | Notice Status of Document Production and Settlement Conference Filed By Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 09/10/2025) |
| 09/12/2025 | 181 | Chapter 11 Monthly Operating Report for the month ending: 06/30/2025 (Attachments: # 1 Supplement) Filed By Trustee Kenneth S Eiler Monthly Operating Report due by 9/22/2025.(GEPPERT, ANDREW) (Entered: 09/12/2025) |
| 10/03/2025 | 190 | Chapter 11 Monthly Operating Report for the month ending: 07/31/2025 (Attachments: # 1 Supplement) Filed By Trustee Kenneth S Eiler Monthly Operating Report due by 10/21/2025.(GEPPERT, ANDREW) (Entered: 10/03/2025) |

**Page 7 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**
*In re Reinard Adolph Pollmann*                        *CGM:kag/1016216568*
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 934-4400

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 10/03/2025 | 191 | Chapter 11 Monthly Operating Report for the month ending: 08/31/2025 (Attachments: # 1 Supplement) Filed By Trustee Kenneth S Eiler Monthly Operating Report due by 10/21/2025.(GEPPERT, ANDREW) (Entered: 10/03/2025) |
| 11/21/2025 | 194 | Chapter 11 Monthly Operating Report for the month ending: 09/30/2025 (Attachments: # 1 Supplement) Filed By Trustee Kenneth S Eiler Monthly Operating Report due by 11/21/2025.(GEPPERT, ANDREW)Modified on 11/24/2025 (jd). Corrected docket text as to next report due. (Entered: 11/21/2025) |
| 12/01/2025 | 197 | Chapter 11 Plan of Reorganization Filed by Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 12/01/2025) |
| 12/01/2025 | 198 | Disclosure Statement Filed by Trustee Kenneth S Eiler (Re:197 Chapter 11 Plan of Reorganization Filed by Trustee Kenneth S Eiler (GEPPERT, ANDREW)). (GEPPERT, ANDREW) (Entered: 12/01/2025) |
| 12/02/2025 | 200 | Amended Notice of Hearing on Proposed Chapter 11 Disclosure Statement. ANDREW J GEPPERT is directed to serve this notice along with any related documents and required attachments on the appropriate parties and file a certificate of service within 7 days. 198 Disclosure Statement Filed by Trustee Kenneth S Eiler (Re:197 Chapter 11 Plan of Reorganization Filed by Trustee Kenneth S Eiler (GEPPERT, ANDREW)). (GEPPERT, ANDREW). Certificate of Service due 12/9/2025. Disclosure Statement Hearing to be Held on 1/21/2026 at 01:30 PM in Courtroom 5, Eugene. (dsg) (Entered: 12/02/2025) |
| 12/18/2025 | 202 | Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing with Certificate of Service. Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 1/21/2026 at 01:30 PM in/by Courtroom 5, Eugene. (GEPPERT, ANDREW) (Entered: 12/18/2025) |

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 12/21/2025 | 205 | Chapter 11 Monthly Operating Report for the month ending: 10/31/2025 (Attachments: # 1 Supplement) Filed By Trustee Kenneth S Eiler Monthly Operating Report due by 1/21/2026.(GEPPERT, ANDREW) (Entered: 12/21/2025) |
| 12/24/2025 | 208 | Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 1/21/2026 at 01:30 PM in/by Courtroom 5, Eugene. (GEPPERT, ANDREW) (Entered: 12/24/2025) |
| 01/08/2026 | 211 | Objection Filed by Debtor Reinard Adolph Pollmann Re: 202 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing with Certificate of Service. Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 1/21/2026 at 01:30 PM in/by Courtroom 5, Eugene. (GEPPERT, ANDREW) (dcm) (Entered: 01/08/2026) |
| 01/14/2026 | 216 | Objection Filed by Debtor Reinard Adolph Pollmann Re: 208 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 1/21/2026 at 01:30 PM in/by Courtroom 5, Eugene. (GEPPERT, ANDREW) (dcm) (Entered: 01/15/2026) |
| 01/15/2026 | 217 | Order Returning Objection to Notice of Hearing on Proposed Chapter 11 Disclosure Statement and Plan of Liquidation Filed By Reinard Adolph Pollmann (dcm) (Entered: 01/15/2026) |

**Page 9 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**
*In re Reinard Adolph Pollmann*          *CGM:kag/1016216568*
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE:  (503) 934-4400

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 01/15/2026 | 218 | Objection Filed by Creditor Joconda Lorell Nielson Re: 202 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing with Certificate of Service. Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 1/21/2026 at 01:30 PM in/by Courtroom 5, Eugene. (GEPPERT, ANDREW) (dcm) (Entered: 01/16/2026) |
| 01/15/2026 | 219 | Objection Filed by Creditor Joconda Lorell Nielson Re: 208 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 1/21/2026 at 01:30 PM in/by Courtroom 5, Eugene. (GEPPERT, ANDREW) (dcm) (Entered: 01/16/2026) |
| 01/15/2026 | 220 | Objection to Trustee's Disclosure Statement and Plan of Liquidation Filed by Creditor Joconda Lorell Nielson (Re:197 Chapter 11 Plan of Reorganization Filed by Trustee Kenneth S Eiler 198 Disclosure Statement Filed by Trustee Kenneth S Eiler (GEPPERT, ANDREW)). (dcm) (Entered: 01/16/2026) |
| 01/16/2026 | 223 | Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. Filed by Creditor State of Oregon (MCCLURG, CARLA) (Entered: 01/16/2026) |
| 01/16/2026 | 224 | Notice of Hearing. Filed By Creditor State of Oregon Re: 223 Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. Filed by Creditor State of Oregon (MCCLURG, CARLA). Hearing Scheduled for 2/11/2026 at 10:00 AM in/by Courtroom 5, Eugene. (MCCLURG, CARLA) (Entered: 01/16/2026) |
| 01/21/2026 | 242 | Chapter 11 Monthly Operating Report for the month ending: 11/30/2025 (Attachments: # 1 Supplement) Filed By Trustee Kenneth S Eiler Monthly Operating Report due by 2/23/2026.(GEPPERT, ANDREW) (Entered: 01/21/2026) |

**Page 10 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**
*In re Reinard Adolph Pollmann*                    *CGM:kag/1016216568*
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE:  (503) 934-4400

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 01/22/2026 | 246 | Minute Order/Record of Proceeding for Hearing Held on 1/21/2026 Re: 198 Disclosure Statement (Re:197 Chapter 11 Plan of Reorganization Filed by Trustee Kenneth S Eiler (GEPPERT, ANDREW)); and 202 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens (GEPPERT, ANDREW); and 208 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens (GEPPERT, ANDREW) Final Evidentiary Hearing on 202 and 208 Scheduled for 2/11/2026 at 10:00 AM in Courtroom 5, Eugene. (cal) (Entered: 01/22/2026) |
| 01/30/2026 | 255 | Response Filed by Creditor Joconda Lorell Nielson Re: 223 Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. Filed by Creditor State of Oregon (MCCLURG, CARLA) (cml) (Entered: 02/01/2026) |
| 02/04/2026 | 265 | List of Witnesses Filed By Creditor State of Oregon (MCCLURG, CARLA) (Entered: 02/04/2026) |
| 02/04/2026 | 266 | Exhibit List and Exhibits for Hearing or Trial (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27) Filed By Creditor State of Oregon (MCCLURG, CARLA) (Entered: 02/04/2026) |
| 02/04/2026 | 267 | Summary Letter in Support of Objection; Exhibit List and Exhibits for Hearing or Trial Filed By Creditor Joconda Lorell Nielson (dcm) (Main Document 267 replaced on 2/4/2026) (krw). (Entered: 02/04/2026) |
| 02/04/2026 | 269 | List of Witnesses Filed By Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 02/04/2026) |

**Page 11 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 02/04/2026 | 270 | Exhibit List and Exhibits for Hearing or Trial (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7) Filed By Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 02/04/2026) |
| 02/04/2026 | 272 | Motion for Appointment of Counsel Filed by Debtor Reinard Adolph Pollmann (cml) (Entered: 02/05/2026) |
| 02/04/2026 | 273 | Correspondence Re: Summary Letter in Support of Objection 256 Objection Filed by Creditor Joconda Lorell Nielson. Filed By Creditor Joconda Lorell Nielson (cml) (Entered: 02/05/2026) |
| 02/05/2026 | 274 | Objection Filed by Debtor Reinard Adolph Pollmann Re: 223 Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. Filed by Creditor State of Oregon (MCCLURG, CARLA) (cml) (Entered: 02/05/2026) |
| 02/05/2026 | 275 | Order Denying 272 Motion for Appointment of Counsel filed by Debtor Reinard Adolph Pollmann. (cml) (Entered: 02/05/2026) |
| 02/10/2026 | 278 | Amended or Supplemental Exhibit(s): Ex. 8 Competitive Market Analysis; Ex. 9 Assumption of Value Filed By Trustee Kenneth S Eiler (GEPPERT, ANDREW) (Entered: 02/10/2026) |
| 02/11/2026 | 280 | Record of Proceeding. Re: 208 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid $199 Filed By Trustee Kenneth S Eiler, 202. Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing with Certificate of Service. Fee Paid $199 Filed By Trustee Kenneth S Eiler, 223 Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. Filed by Creditor State of Oregon. Continued Hearing Scheduled for 02/13/2026 at 01:00 PM by Telephone - THP Dial (855) 244-8681, Enter Meeting ID 2303 266 1826#. (dsg) (Entered: 02/12/2026) |

**Page 12 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**

*In re Reinard Adolph Pollmann*          *CGM:kag/1016216568*
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 934-4400

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 02/12/2026 | 281 | Minute Order/Record of Proceeding for Hearing Held on 2/11/2026 Re: 236 Notice of Hearing and Motion for Relief From Stay Filed by Creditor Joconda Lorell Nielson (dcm), 257 Motion Regarding Timely Filing Filed by Creditor Joconda Lorell Nielson re: 255 Response filed by Creditor Joconda Lorell Nielson, 256 Objection filed by Creditor Joconda Lorell Nielson. (cml) (dsg) (Entered: 02/12/2026) |
| 02/12/2026 | 283 | Supplemental Exhibits G - K, filed By Creditor Joconda Lorell Nielson (apo) (Entered: 02/12/2026) |
| 02/13/2026 | 285 | Emergency Motion for Continuance of Hearing for Closing Arguments on Motion to Convert Filed by Debtor Reinard Adolph Pollmann Re:280 Record of Proceeding Re: 223 Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. Filed by Creditor State of Oregon. Continued Hearing Scheduled for 02/13/2026 at 01:00 PM by Telephone - THP Dial (855) 244-8681, Enter Meeting ID 2303 266 1826#. (Entered: 02/13/2026) |
| 02/13/2026 | 286 | Order Denying 285 Emergency Motion for Continuance of Hearing for Closing Arguments on Motion to Convert filed by Debtor Reinard Adolph Pollmann. (dcm) (Entered: 02/13/2026) |
| 02/13/2026 | 288 | Objection Filed by Debtor Reinard Adolph Pollmann Re: 223 Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. Filed by Creditor State of Oregon (MCCLURG, CARLA) (dcm) (Entered: 02/13/2026) |

**Page 13** – **APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**
*In re Reinard Adolph Pollmann*
*CGM:kag/1016216568*
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 934-4400

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 02/13/2026 | 289 | Hearing Held. Re: 208 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 1/21/2026 at 01:30 PM in/by Courtroom 5, Eugene., 202 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing with Certificate of Service. Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 1/21/2026 at 01:30 PM in/by Courtroom 5, Eugene., 223 Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. Filed by Creditor State of Oregon. (smj) (Entered: 02/13/2026) |
| 02/17/2026 | 293 | Order Approving Sale (754 SW Coast Hwy, Newport, OR) Re: 202 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing with Certificate filed by Trustee Kenneth S Eiler. (dcm) (Entered: 02/17/2026) |
| 02/17/2026 | 294 | Order Approving Sale (1525 12th St, Florence, OR) Re: 208 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid $1 filed by Trustee Kenneth S Eiler. (dcm) (Entered: 02/17/2026) |
| 02/17/2026 | 295 | Order Granting 223 Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. filed by Creditor State of Oregon. 341(a) meeting to be held on 3/12/2026 at 01:00 PM via Zoom - Eiler: Meeting ID 256 233 8331, Passcode 0626419815, Phone 1-971-368-2681.. Last day to oppose discharge or dischargeability is 5/11/2026. Proofs of Claims due by 4/28/2026.Fin Management Certificate due by 4/27/2026 (dcm) (Entered: 02/17/2026) |

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 03/02/2026 | 316 | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel for the Ninth Circuit. $298 Fee Paid. Electronically transmitted to Bankruptcy Appellate Panel for the Ninth Circuit. Filed by Debtor Reinard Adolph Pollmann Re: 295 Order on Motion to Convert Case from Chapter 11 to Chapter 7 (lew). (Entered: 03/03/2026) |
| 03/02/2026 | 318 | Amended Notice of Appeal and Statement of Election to U.S. District Court for the District of Oregon. Electronically transmitted to U.S. District Court for the District of Oregon. Filed by Creditor Joconda Lorell Nielson Re: 293 Order on Motion for Authority to Sell Free and Clear of Liens, 294 Order on Motion for Authority to Sell Free and Clear of Liens, 295 Order on Motion to Convert Case from Chapter 11 to Chapter 7.(lew).Modified on 3/3/2026 (lew). Corrected filing date. (Entered: 03/03/2026) |
| 03/04/2026 | 335 | Notice Statement of Election to Have Appeal Heard by the US District Court Filed By Debtor Reinard Adolph Pollmann Re: 316 Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel for the Ninth Circuit. $298 Fee Paid. Electronically transmitted to Bankruptcy Appellate Panel for the Ninth Circuit. Filed by Debtor Reinard Adolph Pollmann Re: 295 Order on Motion to Convert Case from Chapter 11 to Chapter 7 (lew). (lew)Modified on 3/10/2026 (lew). Corrected typo. (Entered: 03/10/2026) |
| 03/12/2026 | 338 | Appellant Designation of Record on Appeal and Statement of Issues. Filed by Creditor Joconda Lorell Nielson Re: 318 Notice of Appeal and Statement of Election filed by Creditor Joconda Lorell Nielson (lew). Appellee Designation Due: 03/26/2026. (Entered: 03/12/2026) |
| 03/12/2026 | 339 | Notice of Status of Appeal Transcript. Transcript was ordered on 3/12/2026. Filed by Creditor Joconda Lorell Nielson Re: 318 Notice of Appeal and Statement of Election filed by Creditor Joconda Lorell Nielson (lew). (Entered: 03/12/2026) |

**Page 15 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 03/16/2026 | 341 | Text-only entry. Transcript requested by Reinard Adolph Pollmann for hearing helds on 2/11/2026 and 2/13/2026 to be completed by eScribers LLC. Refer to the court's website (Hearings > Transcript Ordering Information) for transcriber contact information. (dsg) (Entered: 03/16/2026) |
| 03/16/2026 | 342 | Appellant Designation of Record on Appeal Filed by Debtor Reinard Adolph Pollmann Re: 316 Notice of Appeal and Statement of Election filed by Debtor Reinard Adolph Pollmann (lew). Appellee Designation Due: 03/30/2026. (Entered: 03/17/2026) |
| 03/16/2026 | 343 | Statement of Issues Filed by Debtor Reinard Adolph Pollmann Re: 316 Notice of Appeal and Statement of Election filed by Debtor Reinard Adolph Pollmann (lew). (Entered: 03/17/2026) |
| 03/16/2026 | 344 | Notice of Status of Appeal Transcript. Transcript was ordered on 3/16/2026. Filed by Debtor Reinard Adolph Pollmann Re: 316 Notice of Appeal and Statement of Election filed by Debtor Reinard Adolph Pollmann (lew). (Entered: 03/17/2026) |

| Claims Designated for the Record on Appeal | | |
|---|---|---|
| Date of Filing | Claim Number | Description of Document |
| 03/04/2025 | 7-1 | Claim filed by the Internal Revenue Service |
| 06/25/2025 | 17-1 | Claim filed by State of Oregon, Department of State Lands |
| 06/27/2025 | 18-1 | Claim filed by Oregon Department of Revenue |
| 08/21/2025 | 18-2 | Amended Claim filed by Oregon Department of Revenue |
| 03/13/2026 | 18-3 | Amended Claim filed by Oregon Department of Revenue |
| 08/26/2025 | 42-1 | Claim filed by Oregon Employment Department |
| 08/26/2025 | 42-2 | Amended Claim filed by Oregon Employment Department |
| 08/27/2025 | 42-3 | Amended Claim filed by Oregon Employment Department |

**Page 16 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**

| Date of Filing | Claim Number | Description of Document |
|---|---|---|
| 08/29/2025 | 42-4 | Amended Claim filed by Oregon Employment Department |
| 01/07/2026 | 47-1 | Claim filed by Oregon Department of Consumer and Business Service |
| 02/05/2026 | 48-1 | Claim filed by Oregon Department of Environmental Quality |

| Exhibits Admitted at February 11, 2026 Evidentiary Hearing | | |
|---|---|---|
| **Date** | **Number** | **Description** |
| 2/11/2026 | Trustee's Exhibits 1, 2, 4, 5, 6, 7, 8, 9 | All exhibits offered by the trustee and admitted at evidentiary hearing on 2/11/2026. |
| 2/11/2026 | State's Exhibits 1, 2, 3, 9, 10, 11, 12, 13, 17, 22 | All exhibits offered by the State of Oregon and admitted at evidentiary hearing on 2/11/2026. |
| 2/11/2026 | Nielson Exhibits G, H, J, K, E | All exhibits offered by Joconda Nielson and admitted at evidentiary hearing on 2/11/2026. |

| Hearing Transcripts | | |
|---|---|---|
| **Date** | **Number** | **Description** |
| TBD | TBD | Transcript of hearing on 2/18/2025 regarding ECF No. 23 |
| TBD | TBD | Transcript of hearing on 2/24/2025 regarding ECF No. 23 |
| TBD | TBD | Transcript of hearing on 8/15/2025 hearing regarding ECF Nos. 134 – 140 and 147 |
| TBD | TBD | Transcript of evidentiary hearing on 2/11/2026 regarding ECF Nos. 202, 208, 223, 236, 255, 256, and 257 (Original ordered by Mr. Pollmann) |
| TBD | TBD | Oral ruling hearing on 2/13/2026 regarding ECF Nos. 202, 208, and 223 (Original ordered by Mr. Pollmann) |

**Page 17 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**

DATED this 25th day of March, 2026.

DAN RAYFIELD
Attorney General

/s/ Carla Gowen McClurg
Carla Gowen McClurg, OSB #165144
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 934-4400
E-mail: carla.mcclurg@doj.oregon.gov

**Page 18 – APPELLEE STATE OF OREGON'S DESIGNATION OF RECORD ON APPEAL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **APPELLEE STATE OF OREGON'S**

**DESIGNATION OF RECORD ON APPEAL** was served via the Court's CM/ECF notification

system on all parties that have appeared in the case and by first-class U.S. Mail on March 25,

2026 upon the following parties hereto by mailing a true, exact and full copy thereof to:

Reinard Adolph Pollmann
1845 Highway 126
Florence, OR 97439

Reinard Adolph Pollmann
2315 Spruce St
Florence, OR 97439

Joconda Lorell Nielson
2315 Spruce St
Florence, OR 97439

Kenneth S. Eiler, Ch 11 Trustee
515 NW Saltzman Road - PMB 810
Portland, OR 97229

*/s/ Carla Gowen McClurg*
Carla Gowen McClurg
Senior Assistant Attorney General

**Page 1** – CERTIFICATE OF SERVICE
*In re Reinard Adolph Pollmann*                                    *CGM:kag/1016216568*
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE: (503) 947-4400