David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
Alena Ivanov, OSB No. 251301
**BALLARD SPAHR LLP**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200
criswelld@ballardspahr.com
gepperta@ballardspahr.com
ivanova@ballardspahr.com

Attorneys for Kenneth S. Eiler, Trustee of the
Estate of Reinard Adolph Pollmann

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Reinard Adolph Pollmann,<br><br>                              Debtor. | Case No. 25-60008-thp7<br><br>**COUNTER-DESIGNATION OF RECORD PURSUANT TO FED. R. BANKR. P. 8009(a)(2) REGARDING ECF NOS. 314 AND 318 (NIELSON APPEAL)** |

Kenneth S. Eiler, Trustee (the "**Trustee**") submits the following Counter-Designation of Record pursuant to Federal Rule of Bankruptcy Procedure (the "**Bankruptcy Rules**") 8009(a)(2) regarding the appeal currently pending before the United States District Court for the District of Oregon in the matter captioned *Joconda Lorell Nielson, Appellant, v. Kenneth S. Eiler, et al., Appellees*, in which Joconda Lorell Nielson ("**Ms. Nielson**") has appealed from the *Order Approving Sale* (754 SW Coast Hwy, Newport, OR) [ECF No. 293], *Order Approving Sale* (1525 12th St., Florence, OR) [ECF No. 294], and *Order Converting Chapter 11 Case to Chapter 7* [ECF No. 295] entered by the United States Bankruptcy Court for the District of Oregon (the "**Bankruptcy Court**").

PAGE 1 of 4 –   COUNTER-DESIGNATION OF RECORD
PURSUANT TO FED. R. BANKR. P. 8009(a)(2)
REGARDING DOCKET NUMBERS 314 AND 318
(NIELSON APPEAL**)**

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

4926-3908-7244 v.1

## COUNTER-DESIGNATION OF RECORD

In addition to all items identified in Ms. Nielson's *Appellant's Designation of Record and Statement of Issues on Appeal Re ECF 314* [ECF No. 338], the State of Oregon, Department of Revenue, Employment Department, Department of State Lands, Department of Consumer and Business Services, Department of State Lands, and Department of Environmental Quality's *Appellee State of Oregon's Designation of Record on Appeal* [ECF No. 358], and the items required by Bankruptcy Rule 8009(a)(4), the following documents identified by Bankruptcy Court CM/ECF document number:

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 01/30/2026 | 257 | Motion Regarding Timely Filing Filed by Creditor Joconda Lorell Nielson re: 255 Response filed by Creditor Joconda Lorell Nielson, 256 Objection filed by Creditor Joconda Lorell Nielson. (cml) (Entered: 02/01/2026) |
| 02/23/2026 | 302 | Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Order Shortening Time to Stay Sale of Specified Oregon Real Property and Supporting Document(s). Filed by Creditor Joconda Lorell Nielson (dcm) (Entered: 02/23/2026) |
| 02/27/2026 | 305 | Order Denying 302 Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Order Shortening Time to Stay Sale of Specified Oregon Real Property and Supporting Document(s). filed by Creditor Joconda Lorell Nielson. (dcm) (Entered: 02/27/2026) |
| 02/27/2026 | 309 | Motion To Stay Pending Appeal. Filed by Creditor Joconda Lorell NielsonRe:293 Order Approving Sale (754 SW Coast Hwy, Newport, OR) Re: 202 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and |

PAGE 2 of 4 –   COUNTER-DESIGNATION OF RECORD
PURSUANT TO FED. R. BANKR. P. 8009(a)(2)
REGARDING DOCKET NUMBERS 314 AND 318
(NIELSON APPEAL)

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

4926-3908-7244 v.1

| | | |
|---|---|---|
| | | Notice of Hearing with Certificate filed by Trustee Kenneth S Eiler. (dcm), 294 Order Approving Sale(1525 12th St, Florence, OR) Re: 208 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid $1 filed by Trustee Kenneth S Eiler.(dcm), 295 Order Granting 223 Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. filed by Creditor State of Oregon. 341(a) meeting to be held on 3/12/2026 at 01:00 PM via Zoom - Eiler: Meeting ID 256 233 8331, Passcode 0626419815, Phone 1-971-368-2681.. Last day to oppose discharge or dischargeability is 5/11/2026. Proofs of Claims due by 4/28/2026.FinManagement Certificate due by 4/27/2026 (dcm) (lew) (Entered: 02/27/2026) |
| 03/01/2026 | 312 | Certificate of Notice Re: 305 Order Denying 302 Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Order Shortening Time |
| 03/03/2026 | 320 | Motion To Stay Pending Appeal and Supporting Document(s)., Motion to Expedite Hearing and Supporting Document(s). Filed by Creditor Joconda Lorell Nielson (lew) (Entered: 03/03/2026) |
| 03/04/2026 | 322 | Correspondence Re: Conversion to Chapter 7 Filed By Debtor Reinard Adolph Pollmann (dcm) (Entered: 03/04/2026) |
| 03/04/2026 | 324 | Order Denying Motion for Stay Pending Appeal Re: 320 Motion to Expedite Re: 309 Motion To Stay Pending Appeal. filed by Creditor Joconda Lorell Nielson, 320 Motion To Stay Pending Appeal and Supporting Document(s). filed by Creditor Joconda Lorell Nielson, Motion to Expedite Hearing and Supporting Document(s). (dcm) (Entered: 03/04/2026) |
| 03/06/2026 | 328 | Order Denying Debtor's Request for Reconsideration re: 322 Correspondence Re: Conversion to Chapter 7 |

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

4926-3908-7244 v.1

| | | |
|---|---|---|
| | | Filed By Debtor Reinard Adolph Pollmann (dcm) (dcm) (Entered: 03/06/2026) |
| 03/06/2026 | 330 | Certificate of Notice Re: 324 Order Denying Motion for Stay Pending Appeal Re: 320 Motion to Expedite Re: 309 Motion To Stay Pending Appeal. filed by Creditor Joconda Lorell Nielson, 320 Motion To Stay Pending Appeal and Supporting Document(s). filed by Creditor Joconda Lorell Nielson, Motion to Expedite Hearing and Supporting Document(s).. (dcm). (Admin.) (Entered:03/06/2026) |
| 03/08/2026 | 331 | Certificate of Notice Re: 328 Order Denying Debtor's Request for Reconsideration re: 322 Correspondence Re: Conversion to Chapter 7 Filed By Debtor Reinard Adolph Pollmann (dcm) (dcm). (Admin.) (Entered: 03/08/2026) |

DATED:  March 26, 2026

BALLARD SPAHR LLP

By:  */s/ Andrew J. Geppert*
David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
Alena Ivanov, OSB No. 251301
Telephone:  503.778.2100

Attorneys for Kenneth S. Eiler, Trustee

PAGE 4 of 4 –    COUNTER-DESIGNATION OF RECORD
PURSUANT TO FED. R. BANKR. P. 8009(a)(2)
REGARDING DOCKET NUMBERS 314 AND 318
(NIELSON APPEAL)

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

4926-3908-7244 v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I electronically filed the foregoing **COUNTER-DESIGNATION OF RECORD PURSUANT TO FED. R. BANKR. P. 8009(a)(2) REGARDING ECF NOS. 314 AND 318 (NIELSON APPEAL)** with the Clerk of the Court using the CM/ECF system, which caused parties who are registered ECF participants to be served by electronic means.  I caused the foregoing document to be served to the parties of record, at the following address(es):

| | |
|---|---|
| Joconda Lorell Nielson, <br> 2315 Spruce St., Florence, OR 97439 <br> Phone: 541-991-7607 <br> Email: jaquejo20l2@gmail.com <br><br> *Appellant Pro Se* | ☐ **by PACER CM/ECF E-Service** <br> ☑ **by Electronic Mail** <br> ☐ **by Facsimile Transmission** <br> ☑ **by First Class Mail** <br> ☐ **by Hand Delivery** <br> ☐ **by Overnight Delivery** |
| Reinard A. Pollmann <br> 1845 Highway 126 <br> Florence, OR 97439 <br> Phone: 541-991-6343 <br> Email: rpproperties@gmail.com <br><br> *Appellee Pro Se* | ☐ **by PACER CM/ECF E-Service** <br> ☑ **by Electronic Mail** <br> ☐ **by Facsimile Transmission** <br> ☑ **by First Class Mail** <br> ☐ **by Hand Delivery** <br> ☐ **by Overnight Delivery** |

DATED March 26, 2026

s/ *Andrew J. Geppert*
Andrew J. Geppert

CERTIFICATE OF SERVICE

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

4926-3908-7244 v.1