**From:** **Jane Goularte** janegoularte@icloud.com
**Subject:** @
**Date:** March 27, 2026 at 3:12 PM
**To:**



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON**

**In re: REINARD ADOLPH POLLMANN, Debtor.
Case No. 25-60008-thp7**

**SUPPLEMENTAL DECLARATION OF [YOUR NAME] IN OPPOSITION TO
ECF NO. 337**

I, Jane Anne Goularte, declare under penalty of perjury under the laws of the
United States of America that the following is true and correct:

1. **Broker Admission & Listing Removal:** On March 27, 2026, I spoke with
   the Broker proposed in the Trustee's Application (ECF No. 337). The
   Broker, Joe Aguirre, admitted to being unsure of the correct address for
   the Coos Bay property and explicitly stated that the listing was being
   **removed** due to my being on the title.

2. **Material Error in Property Address:** The Application incorrectly identifies
   my property interest at **321 S 5th St, Coos Bay, OR** as "**321 N Fifth St**.,
   **Coos Bay, OR**". These are two distinct legal locations. A court-authorized
   sale based on an incorrect address is legally defective and creates a
   clouded title.

3. **Current Occupancy & Lack of Service:** I am the current resident and
   occupant of **125 E 10th St, Coquille, OR**, which is also listed for sale in
   ECF No. 337. I have received **no physical service or notice** of this
   hearing at my residence, in violation of my due process rights as an
   occupant.

4. **Evidence of Fraudulent "Unlocatable" Claim:** The claim by Plaintiff's
   counsel,Patrick Terry, that I "cannot be located" is a misrepresentation to
   the Court. The Debtor, Reinard Pollmann, moved me into the Coquille
   residence in 2020, provides my daily living expenses, and is in regular
   telephonic contact with me. I spoke with him as recently as **today, March
   27,2026**.

5. **Verified Knowledge of Location:** I have provided Trustee Ken Eiler with
   physical proof—a 2025 **Registered Mail** envelope and letter sent to me at
   my current Coquille address by Patrick Terry—proving the parties have
   had my verified location for as late as this date.

6. **Notice to Trustee:** I have spoken with Trustee Kenneth Eiler via
   telephone twice and emailed him on March 27, 2026, to provide the

correct Coos Bay address and notify him of the broker's intent to pull the listing. To my knowledge, the Trustee has failed to update the Court on these critical issues.

7. **Homestead Exemption (ORS 18.395):** I maintain a protected **Homestead Exemption of $154,200** in the equity of 321 S 5th St. Any sale proceeding under a defective address irreparably harms my ability to secure this exempt interest for my future housing.

**I request that the Court deny the Application (ECF No. 337) and stay the April 7, 2026, hearing as the proposed sale is based on documented errors, bad faith, and a total lack of legal service.**

Executed on March 27, 2026.


/s/ Jane Anne Goularte
458-710-8827
janegoularte@icloud.com, or janeannegoularte@gmail.com