David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
Alena Ivanov, OSB No. 251301
**BALLARD SPAHR LLP**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200
criswelld@ballardspahr.com
gepperta@ballardspahr.com
ivanova@ballardspahr.com

Attorneys for Kenneth S. Eiler, Trustee of the
Estate of Reinard Adolph Pollmann

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

|  |  |
|---|---|
| In re<br><br>Reinard Adolph Pollmann,<br><br>                Debtor. | Case No. 25-60008-thp7<br><br>**COUNTER-DESIGNATION OF RECORD PURSUANT TO FED. R. BANKR. P. 8009(a)(2) REGARDING ECF NO. 316 (DEBTOR'S APPEAL)** |

Kenneth S. Eiler, Trustee (the "**Trustee**") submits the following Counter-Designation of Record pursuant to Federal Rule of Bankruptcy Procedure (the "**Bankruptcy Rules**") 8009(a)(2) regarding the appeal currently pending before the United States Bankruptcy Appellate Panel for the Ninth Circuit in the matter captioned *Reinard Pullmann [sic], Appellant, v. Kenneth S. Eiler, Appellee*, in which Reinard Pollmann ("**Mr. Pollmann**") has appealed from the *Order Converting Chapter 11 Case to Chapter 7* [ECF No. 295]; entered by the United States Bankruptcy Court for the District of Oregon (the "**Bankruptcy Court**").

PAGE 1 of 3 –   COUNTER-DESIGNATION OF RECORD
PURSUANT TO FED. R. BANKR. P. 8009(a)(2)
REGARDING ECF NO. 316 (DEBTOR'S APPEAL)

#4923-2727-2090 v1

## COUNTER-DESIGNATION OF RECORD

In addition to all items identified in Mr. Pollmann's *Appellant's Designation of Record on Appeal* [ECF No. 342], the State of Oregon, Department of Revenue, Employment Department, Department of State Lands, Department of Consumer and Business Services, Department of State Lands, and Department of Environmental Quality's *Appellee State of Oregon's Designation of Record on Appeal* [ECF No. 358], and the items required by Bankruptcy Rule 8009(a)(4), the following documents identified by Bankruptcy Court CM/ECF document number:

| Date of Filing | Docket No. | Description of Document |
|---|---|---|
| 03/04/2026 | 322 | Correspondence Re: Conversion to Chapter 7 Filed By Debtor Reinard Adolph Pollmann (dcm) (Entered: 03/04/2026) |
| 03/04/2026 | 323 | Motion To Stay Pending Appeal and Supporting Document(s)., Motion to Expedite Hearing and Supporting Document(s). Filed by Debtor Reinard Adolph Pollmann Re:295 Order Granting 223 Motion to Convert Case From Chapter 11 to Chapter 7. $15 Filing Fee Paid. filed by Creditor State of Oregon. (dcm) (lew) (Entered: 03/04/2026) |
| 03/06/2026 | 328 | Order Denying Debtor's Request for Reconsideration re: 322 Correspondence Re: Conversion to Chapter 7 Filed By Debtor Reinard Adolph Pollmann (dcm) (dcm) (Entered: 03/06/2026) |
| 03/06/2026 | 329 | Order Denying 323 Motion to Expedite Re: 323 Motion To Stay Pending Appeal and Supporting Document(s). filed by Debtor Reinard Adolph Pollmann, Motion to Expedite Hearing and Supporting Document(s).. (dcm) (Entered: 03/06/2026) |
| 03/08/2026 | 331 | Certificate of Notice Re: 328 Order Denying Debtor's Request for Reconsideration re: 322 Correspondence Re: Conversion to Chapter 7 Filed By Debtor Reinard |

PAGE 2 of 3 –  COUNTER-DESIGNATION OF RECORD
PURSUANT TO FED. R. BANKR. P. 8009(a)(2)
REGARDING ECF NO. 316 (DEBTOR'S APPEAL)

#4923-2727-2090 v1

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

| | | |
|---|---|---|
| | | Adolph Pollmann (dcm) (dcm). (Admin.) (Entered: 03/08/2026) |
| 03/08/2026 | 332 | Certificate of Notice Re: 329 Order Denying 323 Motion to Expedite Re: 323 Motion To Stay Pending Appeal and Supporting Document(s). filed by Debtor Reinard Adolph Pollmann, Motion to Expedite Hearing and Supporting Document(s).. (dcm). (Admin.) (Entered: 03/08/2026) |

DATED:  March 30, 2026

BALLARD SPAHR LLP

By:  */s/ Andrew J. Geppert*
David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
Alena Ivanov, OSB No. 251301
Telephone:  503.778.2100

Attorneys for Kenneth S. Eiler, Trustee

PAGE 3 of 3 –    COUNTER-DESIGNATION OF RECORD
PURSUANT TO FED. R. BANKR. P. 8009(a)(2)
REGARDING ECF NO. 316 (DEBTOR'S APPEAL)

#4923-2727-2090 v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2026, I electronically filed the foregoing **COUNTER-DESIGNATION OF RECORD PURSUANT TO FED. R. BANKR. P. 8009(a)(2) REGARDING ECF NO. 316 (DEBTOR'S APPEAL)** with the Clerk of the Court using the CM/ECF system, which caused parties who are registered ECF participants to be served by electronic means.  I caused the foregoing document to be served to the parties of record, at the following address(es):

| | |
|---|---|
| Reinard A. Pollmann<br>1845 Highway 126<br>Florence, OR 97439<br>Phone: 541-991-6343<br>Email: rpproperties@gmail.com<br><br>*Appellant Pro Se* | ☐ **by PACER CM/ECF E-Service**<br>☑ **by Electronic Mail**<br>☐ **by Facsimile Transmission**<br>☑ **by First Class Mail**<br>☐ **by Hand Delivery**<br>☐ **by Overnight Delivery** |
| Joconda Lorell Nielson,<br>2315 Spruce St., Florence, OR 97439<br>Phone: 541-991-7607<br>Email: jaquejo20l2@gmail.com<br><br>*Creditor* | ☐ **by PACER CM/ECF E-Service**<br>☑ **by Electronic Mail**<br>☐ **by Facsimile Transmission**<br>☑ **by First Class Mail**<br>☐ **by Hand Delivery**<br>☐ **by Overnight Delivery** |

DATED March 30, 2026

*/s/ Andrew J. Geppert*
Andrew J. Geppert

CERTIFICATE OF SERVICE