United States Bankruptcy Court

District of Oregon

In re:                                                                          Case No. 25-60008-thp

Reinard Adolph Pollmann                                                         Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6                     User: Admin.                          Page 1 of 1

Date Rcvd: Mar 30, 2026                  Form ID: ORD                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

**Recip ID               Recipient Name and Address**
intp                  +  Jane Goularte, 125 E 10th St, Coquille, OR 97423-1308

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                    Signature:        /s/Gustava Winters

ORD (12/1/19) dcm

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Reinard Adolph Pollmann**

*Other names used by debtor:* RP Properties
Debtor(s)

)
)
) Case No.  **25–60008–thp7**
)
) ORDER RETURNING
) DOCUMENT(S)
)

March 30, 2026

Clerk, U.S. Bankruptcy Court

BY **dcm** DEPUTY

**IT IS ORDERED** that:

1. The **Email to Mr. Geppert** submitted to the court on **03/30/26** by **Jane Goularte** is returned to the filer without entry on the court's docket, and will have no legal effect, for the reason(s) stated below:

   **One or more of the signatures is (1) missing, (2) not in a permitted format, or (3) in the wrong location. (Federal Rules of Bankruptcy Procedure 1008, 9011; Local Bankruptcy Rule 9011–4)**

   **Per Local Bankruptcy Rule 9011–4(b), documents submitted via fax the court's Public Document Upload system must be signed. The signature must be either (1) typed following an "/s/" to indicate it is meant as a signature (for example, "/s/ Jane Doe") or (2) the image of a handwritten signature with the signer's name typed or legibly printed underneath.**

   **The document does not include a clear statement regarding any requested action by the court. Please clarify your request.**

2. For any document listed above to have legal effect, you must refile the corrected document with any required certificate of service.

3. If the date of filing is critical and you would like the court to consider treating a document as filed on the original submission date, you must file the following within 7 days of the "Filed" date above:

   a. a written request that sets forth all grounds for treating the document as filed on the original submission date; and

   b. the refiled document with any required certificate of service.

Clerk, U.S. Bankruptcy Court