UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
In re: REINARD ADOLPH POLLMANN, Debtor.
Case No.: 25-60008-thp7
EMERGENCY MOTION TO STAY SALE OF 125 E 10TH ST, COQUILLE, OREGON

I, Jane Anne Goularte, am an occupant of the real property located at 125 E 10th St, Coquille, OR 97423. I am filing this Emergency Motion to request that the Court stay the sale of this property, currently scheduled for hearing on April 22, 2026, based on the following grounds:

1. Medical Hardship and Immobility: I am a totally disabled individual. In December 2025, I suffered a heart attack. I am currently suffering from severe dizzy spells and am physically immobile. I can barely walk and am medically incapable of relocating at this time.
2. Reasonable Accommodation: Under the Fair Housing Act and the Americans with Disabilities Act, I am requesting a reasonable accommodation in the form of a stay of sale. An immediate displacement from my home poses a life-threatening risk to my health given my recent cardiac event and current physical state.
3. Lack of Notice: I have not received proper legal notice regarding the timeline of this sale or a 90-day notice to vacate, as required for bona fide occupants in foreclosure-related proceedings.
4. Co-Ownership Interest: I am a 50% co-owner of separate real property within this estate. My interest in that property has been affected by a private lender's illegal mortgage extension to which I never consented. I require time to resolve these legal issues to secure funds for medically necessary housing.

WHEREFORE, I respectfully request that this Court STAY the sale of 125 E 10th St, Coquille, OR, to allow me time to recover medically and to secure safe, accessible housing as required by law.

I am waiting for a letter from my physician explaining my medical condition. I will provide it as soon as I receive it.

Dated: April 20, 2026

Respectfully submitted,


/s/Jane Goularte
459-710-8827

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON
In re: REINARD ADOLPH POLLMANN, Debtor.
Case No.: 25-60008-thp7

CERTIFICATE OF SERVICE
I, Jane Anne Goularte, certify that on April 20, 2026, I served copies of the EMERGENCY MOTION TO STAY SALE OF 125 E 10TH ST, COQUILLE, OREGON on the following entities in the manners provided below:

- Kenneth S. Eiler (Trustee)
  Served via email at: kse@eilerlaw.net
- Andrew Geppert (Attorney for Trustee)
  Served via email at: ageppert@eilerlaw.net
- Jonas.V.Anderson@usdoj.gov
- I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2026


/s/ Jane Anne Goularte
Resident/Party in Interest
459-710-8827