United States Bankruptcy Court

District of Oregon

In re:                                                                                              Case No. 25-60008-thp

Reinard Adolph Pollmann                                                          Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6                        User: Admin.                              Page 1 of 1

Date Rcvd: Apr 22, 2026                Form ID: NOHIH                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

**Recip ID              Recipient Name and Address**
cr              + Joconda Lorell Nielson, 2315 Spruce St, Florence, OR 97439-9721

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                          Signature:          /s/Gustava Winters

NOHIH (1/8/20) ds

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re                                                    )
 **Reinard Adolph Pollmann**              ) Case No.  **25–60008–thp7**
 *Other names used by debtor:* RP Properties )
Debtor(s)                                          )
                                                        ) NOTICE OF
                                                        ) HEARING
                                                        )
                                                        )

April 22, 2026

Clerk, U.S. Bankruptcy Court

BY **ds** DEPUTY

**PLEASE TAKE NOTICE** that  a Final Hearing, at which testimony  will be received if offered and admissible, will be held:

   **DATE:** 5/11/26          **TIME:**  09:00 AM

   **LOCATION:**   US Bankruptcy Court, Courtroom #5, 405 E 8th Ave, Eugene, OR 97401

to consider and act upon the following:

ECF No. 352, 354, 359, 360 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 4/22/2026 at 09:00 AM in/by Telephone Hearing – THP Dial (855) 244–8681, Enter Meeting ID 2303 266 1826#. (GEPPERT, ANDREW)

Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 4/22/2026 at 09:00 AM in/by Telephone Hearing – THP Dial (855) 244–8681, Enter Meeting ID 2303 266 1826#. (GEPPERT, ANDREW)

Refiled 356 Notice and Motion to Sell Free and Clear of Liens Filed By Trustee Kenneth S Eiler Hearing Scheduled for 4/22/2026 at 09:00 AM in/by Telephone Hearing – THP Dial (855) 244–8681, Enter Meeting ID 2303 266 1826#.(GEPPERT, ANDREW)

Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid $199 Filed By Trustee Kenneth S Eiler Hearing Scheduled for 4/22/2026 at 09:00 AM in/by Telephone Hearing – THP Dial (855) 244–8681, Enter Meeting ID 2303 266 1826#. (GEPPERT, ANDREW)

If this hearing pertains to a filed document that includes a response deadline, any response must be filed and served by that deadline. If no timely response is filed, the hearing may be canceled and an order submitted. Parties are encouraged to check the hearing calendar at https://www.orb.uscourts.gov after the response deadline has passed to determine whether the hearing will be held.

Exhibits, exhibit lists, witness lists, and optional trial memoranda are due by May 7, 2026.

Clerk, U.S. Bankruptcy Court