David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
**BALLARD SPAHR LLP**
601 SW Second Ave., Suite 2100
Portland, OR 97204
Telephone:  503.778.2100
criswelld@ballardspahr.com
gepperta@ballardspahr.com

Attorneys for Kenneth S. Eiler, Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Reinard Adolph Pollmann, | ) | Case No. 25-60008-thp7 |
| | ) | |
| Debtor. | ) | **NOTICE OF AUCTION RESULTS** |
| | ) | |
| | ) | |
| | ) | |

Kenneth S. Eiler, Chapter 7 Trustee ("Trustee"), by and through his undersigned counsel, in accordance with the Amended Notices of Intent to Sell Property at ECF Nos. 407, 408, and 409 (the "Amended Sale Notices"), submits the following notice of auction results:

## I.  NOTICE OF AUCTION RESULTS

**A.    4893 South Loftus Road, Florence, OR 97439 (the "Loftus Property")**

On March 25, 2026, the Trustee filed the Notice of Intent to Sell Real or Personal Property, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing [ECF No. 352] (the "Loftus Property Sale Motion") with respect to the Loftus Property.  The Loftus Property Sale Motion provided for the sale of the Loftus Road Property to Kenneth G. Landau and Sonda Landau for $260,000.00.

PAGE 1 –  NOTICE OF AUCTION RESULTS

The Loftus Road Sale Motion provided for an overbid deadline of April 17, 2026.

The Trustee received a timely overbid for the Loftus Road Property from Dave Montagne for a purchase price of $270,000.

On April 24, 2026, the Trustee filed an Amended Loftus Property Sale Motion at ECF No. 407, in which he acknowledged his receipt of Mr. Montagne's overbid and advised that he would hold an auction prior to the May 11, 2026, sale hearing.

On April 30, 2026, the Trustee conducted a telephonic auction for the Loftus Road Property in which the Landaus and Mr. Montagne participated.  The Trustee's proposed broker, Mr. Aguirre, Mr. Carusone, and the Debtor also observed the auction.

Kenneth G. Landau and Sonda Landau submitted the highest bid at auction for the Loftus Road Property with a bid of $430,000.  The Landaus have no connections to the Debtor.

**B.      1109 S. First St. Coos Bay, OR 97420 (the "S. First Property")**

On March 25, 2026, the Trustee filed the Notice of Intent to Sell Real or Personal Property, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing [ECF No. 354] (the "S. First Property Sale Motion") with respect to the S. First Property.  The S. First Property Sale Motion provided for the sale of the S. First Property to Kenneth G. Landau and Sonda Landau for $475,000.00.

The S. First Sale Motion provided for an overbid deadline of April 17, 2026.

The Trustee received timely overbids for the S. First Property from Howard Willett for a purchase price of $485,000 and from Coty Cook for a purchase price of $495,000.

On April 24, 2026, the Trustee filed an Amended Loftus Property Sale Motion at ECF No. 408, in which he acknowledged his receipt of overbids and advised that he would hold an auction prior to the May 11, 2026, sale hearing.

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

On April 30, 2026, the Trustee conducted a telephonic auction for the S. First Property in which the Landaus, Mr. Willett, and Mr. Cook participated.  The Trustee's proposed broker, Mr. Aguirre, Mr. Carusone, and the Debtor also observed the auction.

Howard Willett submitted the highest bid at auction for the S. First Property with a bid of $625,000.  Mr. Willett has no connections to the Debtor.

**C.      1845 Hwy 126, Florence, OR 97439 (the "Hwy 126 Property")**

On March 25, 2026, the Trustee filed the Notice of Intent to Sell Real or Personal Property, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing [ECF No. 360] (the "Hwy 126 Property Sale Motion") with respect to the Hwy 126 Property.  The Hwy 126 Property Sale Motion provided for the sale of the Hwy 126 Property to Kenneth G. Landau and Sonda Landau for $385,000.

The Hwy 126 Property Sale Motion provided for an overbid deadline of April 17, 2026.

The Trustee received a timely overbid for the Hwy 126 Property from Dave Montagne for a purchase price of $395,000.

On April 24, 2026, the Trustee filed an Amended Hwy 126 Property Motion at ECF No. 409, in which he acknowledged his receipt of Mr. Montagne's overbid and advised that he would hold an auction prior to the May 11, 2026, sale hearing.

On April 30, 2026, the Trustee conducted a telephonic auction for the Hwy 126 Property in which the Landaus and Mr. Montagne participated.  The Trustee's proposed broker, Mr. Aguirre, Mr. Carusone, and the Debtor also observed the auction.

Dave Montagne submitted the highest bid at auction for the Hwy 126 Property with a bid of $520,000.  Dave Montagne has no connections to the Debtor.

**D.      Sale Hearing**

The Trustee intends to execute purchase and sale agreements with the winning bidders in substantially the same form as those attached to the Amended Sale Motions.  The Trustee intends

**BALLARD SPAHR LLP**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

to seek Court approval of the Amended Sale Motions to the highest bidders at auction as set forth herein at the Sale Hearing on May 11, 2026.

DATED: May 1, 2026

BALLARD SPAHR LLP

 /s/ Andrew J. Geppert
David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
Telephone:  503.778.2100
criswelld@ballardspahr.com
gepperta@ballardspahr.com

Attorneys for Kenneth S. Eiler, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I electronically filed the foregoing NOTICE OF AUCTION RESULTS with the Clerk of the Court using the CM/ECF system, which caused parties who are registered ECF participants to be served by electronic means.

DATED May 1, 2026

*/s/ Andrew J. Geppert*
Andrew J. Geppert, OSB No. 203744

PAGE 1 – CERTIFICATE OF SERVICE