**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**
In re: **Reinard Adolph Pollmann**, Debtor.
Case No. **25-60008-thp7**

**SECOND SUPPLEMENTAL DECLARATION OF JANE GOULARTE IN SUPPORT OF OBJECTION TO ABANDONMENT OF 321 S. 5TH ST.**

I, Jane Goularte, declare as follows:

1. I am the co-owner of the real property located at **321 S. 5th St., Coos Bay, OR**. I submit this Second Supplemental Declaration to be read in conjunction with my previously filed supplements to provide the Court with irrefutable evidence of a systematic pattern of asset undervaluation by the Trustee.
2. On May 1, 2026, the Trustee filed a **Notice of Auction Results (Doc #429)**. This document provides clear proof that the Trustee's initial "Notice of Intent to Sell" valuations are consistently and significantly below actual market value:
   - **S. First Property:** Initial valuation **$475,000**; Sold for **$625,000** (a **$150,000** increase).
   - **Loftus Property:** Initial valuation **$260,000**; Sold for **$430,000** (a **$170,000** increase).
   - **Hwy 126 Property:** Initial valuation **$385,000**; Sold for **$520,000** (a **$135,000** increase).
   - **Florence Business Center:** Similarly sold for a fraction of its true market potential under the Trustee's oversight.
3. The Trustee is now moving to **abandon** my Property at 321 S. 5th St., claiming it has "inconsequential value." Given the **$436,000 County assessment**, this claim is demonstrably false. The data in Doc #429 proves the Trustee's valuation methods cannot be relied upon to protect the equity of the estate or its co-owners.
4. Abandoning this property while allowing a **$29,000 tax lien** to trigger foreclosure—rather than using estate funds to protect the asset—constitutes a clear **waste of estate assets** and a breach of fiduciary duty.
5. **REQUEST:** I respectfully request the Court to take judicial notice of the evidence in **Doc #429**, sustain my objection to the abandonment of 321 S. 5th St., and order the Trustee to protect the equity in the property.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 1, 2026
Signed: /s/ Jane Anne Goularte

**CERTIFICATE OF SERVICE**

I, [Your Name], certify that on May 1, 2026, I served a true and correct copy of the foregoing **Second Supplemental Declaration** on the following parties via email:

- **Trustee Counsel (Ballard Spahr):** criswelld@ballardspahr.com and gepperta@ballardspahr.com
- **Chapter 7 Trustee (Kenneth S. Eiler):** keiler.trustee@gmail.com
- **Acting U.S. Trustee (Jonas Anderson):** Jonas.V.Anderson@usdoj.gov
- **U.S. Trustee Portland Inbox:** ustpregion18.pl.ecf@usdoj.gov
- **Debtor's Counsel (Judson M. Carusone):** jcarusone@oregon-attorneys.com
- **Counsel (Natalie Scott):** natalie@scott-law-group.com

DATED: May 1, 2026
Signed: /s/ Jane Anne Goularte