FILED

MAY 5 2026

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>REINARD ADOLPH POLLMANN,<br><br>Debtor. | BAP No.   OR-26-1054<br><br>Bk. No. 6:25-bk-60008-THP<br><br>Dist. No. 6:26-cv-00417-AA |
| REINARD ADOLPH POLLMANN,<br>Appellant,<br><br>v.<br><br>KENNETH S. EILER, Chapter 7 Trustee,<br>Appellee. | **ORDER TRANSFERRING APPEAL TO THE U.S. DISTRICT COURT** |

Before: CORBIT, BRAND, and LAFFERTY, Bankruptcy Judges.

This is an appeal from an order converting a Chapter 11 case to Chapter 7 ("Conversion Order").

On March 2, 2026, debtor Reinard Adolph Pollman filed a notice of appeal which indicated that he wanted the appeal of the Conversion Order to be heard by the Bankruptcy Appellate Panel (BAP). The appeal was transmitted to the BAP and assigned BAP No. OR-26-1054. On March 4, 2026, Pollman filed an amended statement of election, indicating that he wanted the appeal of the Conversion Order heard by the United States District Court for the District of Oregon.

A review of the District Court's docket indicates that a creditor, Joconda Lorell Nielson, has appealed the Conversion Order (as well as two other orders) to the District Court. The creditor's appeal is proceeding at District Court as Dist. Ct. No. 6:26-cv-00417-AA.

Under 9th Cir. BAP Rule 8005-1,

The Panel may transfer an appeal to the district court to further the interests of justice, such as when a timely statement of election has been filed in a related appeal, or for any other reason the Panel deems appropriate.

The Panel finds that it would be in the interests of justice and judicial economy for both appeals from the Conversion Order to proceed before the United States District Court.

Therefore, this appeal is hereby ORDERED TRANSFERRED to the United States District Court for the District of Oregon.