**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF OREGON
In re: REINARD ADOLPH POLLMANN, Debtor.
Case No. 6:25-bk-60008-THP**

**EMERGENCY MOTION FOR STAY OF CONVERSION ORDER PENDING APPEAL**

**I. RELIEF REQUESTED**

Interested Party, Co-Owner, and Resident, **Jane Goularte**, moves this Court for an **Emergency Stay of the Order Converting the Case to Chapter 7** (entered March 2, 2026) pending final resolution of the appeal now before the U.S. District Court (Case No. 6:26-cv-00417-AA).

**II. PROPERTY INTERESTS**

This motion concerns my primary residence at **125 E 10th St, Coquille, OR 97423**, and the property I co-own with the debtor at **321 S 5th St, Coos Bay, OR 97420**.

**III. GROUNDS FOR EMERGENCY RELIEF**

**1. Physical Inability to Move and Medical Risk:**

I, Jane Goularte, suffered a heart attack (December 2025). I am currently physically unable to move. I am in the active process of medical stabilization; I have my first appointment with a cardiologist on **May 21, 2026**, and my first orthopedic evaluation on **June 9, 2026**, to determine the extent of necessary physical "fixes." My physician has formally advised that I should not move due to my health. It will be months before I am physically capable of a relocation.

**2. Imminent Threat to Survival (Utilities and Basic Needs):**

The Trustee's seizure of all estate cash—without a carve-out for life-essential utilities—is life-threatening. I am facing the loss of water, power, heat, and phone service, as well as the depletion of food supplies. A forced relocation in my current state is a physical impossibility. **I will not last long enough to move; if the Trustee continues, they can "haul me out and take me to the morgue."** This action constitutes a direct threat to my life and a violation of my fundamental constitutional rights.

**3. Violation of Constitutional Due Process and Statutory Rights:**

I was never formally notified by the Trustee of the conversion proceedings or the subsequent property offers. Trustee's counsel admitted by phone on May 5, 2026, that they were aware of my interest "all along" yet failed to provide notice. This deliberate failure has denied me:

- **Right of First Refusal:** My right to match any offer under 11 U.S.C. § 363(i) for the Coos Bay property.

- **Right to Adequate Protection:** My right under 11 U.S.C. § 363(e) to a carve-out for utilities and medical care.
- **Right to Contest Sale:** My right under 11 U.S.C. § 363(h) to prove the detriment of a sale outweighs the benefit.

**4. Lack of Property Tax Protection:**
The Trustee's imminent seizure of cash intended for property taxes creates an immediate risk of foreclosure on the property I co-own at **321 S 5th St, Coos Bay**, depriving me of my property rights without due process.

**IV. REQUEST FOR WAIVER OF BOND**
Jane Goularte requests the Court waive the supersedeas bond and all filing fees. I am financially unable to provide security as the Trustee has seized all available funds necessary for my survival.

Respectfully submitted,

**/s/Jane Goularte**, Pro Se
Dated: May 6, 2026

**Exhibit A:**

 Coquille Valley Hospital

Coquille Valley Clinics
790 East Fifth Street
Coquille, OR 97423-1666
541-396-3111

PATIENT:   GOULARTE, JANE ANNE          ADMISSION DATE:   4/20/2026
MR #:      77253                        DISCHARGE DATE:   4/20/2026
FIN:       832584                       ATTENDING DR:
DOB/Age/Sex:  11/17/1963  62 years      Female        LOCATION:   CVH Family
                                                                  Practice

| *Letters* |
| --- |

Document Name:                          Patient Letter
Service Date/Time:                      4/21/2026 20:34 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Willis,Roger C MD (4/21/2026 20:34 PDT)
Sign Information:

 Coquille Valley Hospital

CLINIC

790 E 5th ST
Coquille, OR 97423
(541) 396-3111
April 21, 2026

JANE GOULARTE
125 E 10TH ST
COQUILLE, OR 97423-1308

To Whom It May Concern:

Jane sustained a mild heart attack in December 2025 and continues to have uncontrolled blood pressure, dizziness, and anxiety.  She needs to be evaluated by a cardiologist.  She also has significant arthritis of the hips and low back and has pain with movement. The combination of these health risks would make a move from one residence to another a prospect that would be associated with undue health risks.  Remaining in her home would be optimal.

Report Request ID:  504793783          Page 1 of 2          Print Date/Time:  4/22/2026 09:49

**CERTIFICATE OF SERVICE**

I, **Jane Goularte**, certify that on May 6, 2026, I served the **Emergency Motion for Stay of Conversion Order** and **Physician's Letter** on the following via **Email** due to medical necessity:
  1. Kenneth S. Eiler (Trustee): kenneth.eiler7@gmail.com
  2. Andrew J. Geppert (Trustee's Counsel): gepperta@ballardspahr.com
  3. Judson M. Carusone (Debtor's Counsel): judson@oregon–attorneys.com
  4. Jonas V. Anderson (U.S. Trustee): Jonas.V.Anderson@usdoj.gov
  5. Reinard Pollmann (Debtor): rpproperties@gmail.com

**/s/Jane Goularte**, Pro Se
Dated: May 6, 2026