United States Bankruptcy Court

District of Oregon

In re:                                                                                          Case No. 25-60008-thp

Reinard Adolph Pollmann                                                    Chapter 7

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6 | User: Admin. | Page 1 of 1
Date Rcvd: May 11, 2026 | Form ID: pdf001 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

**Recip ID                    Recipient Name and Address**
cr                    + Joconda Lorell Nielson, 2315 Spruce St, Florence, OR 97439-9721

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                          Signature:          /s/Gustava Winters

05/11/2026                                                      Judge Teresa H Pearson

09:00 25-60008-thp7          Reinard Adolph Pollmann - db        JUDSON M CARUSONE
                             Internal Revenue Service - cr       NATE LICHVARCIK
                             David Montagne - interested party   ROBERT MUTH
                             Joconda Lorell Nielson -cr (present) Self-represented
                             Kenneth S Eiler -tr                  ANDREW GEPPERT

**1.   Notice of Hearing on Attached Applications to Employee. Doc# 403**

**2.   Expedited Motion to Shorten Time / Emergency Motion to Shorten Time, Expunge Lis Pendens, Enforce Sale Order, and For Order to Show Cause Re Contempt Filed by Interested Party David Montagne (MUTH, ROBERT) Doc# 426**

**3.   Refiled 356 Notice and Motion to Sell Free and Clear of Liens Filed By Trustee Kenneth S Eiler (GEPPERT, ANDREW) Doc# 359**

**4.   Amended Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing (4893 S Loftus Rd., Florence, OR) Re: 352 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing. Fee Paid Filed By Trustee Kenneth S Eiler. GEPPERT, ANDREW).  Doc# 407**

**5.   Amended Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing (1109 S. First St., Coos Bay, OR) Re: 354 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid Filed By Trustee Kenneth S Eiler.  (GEPPERT, ANDREW) Doc# 408**

**6.   Amended Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing (1845 Hwy 126, Florence, OR) Re: 360 Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid Filed By Trustee Kenneth S Eiler. (GEPPERT, ANDREW). Doc# 409**

Additional Appearances: Joe Aguirre, Broker for Pacific Coast Real Estate

Summary of Proceedings
The court heard oral argument on the motions before the court.  Testimony was given by Mr. Aguirre.

Subject to additional notice to all creditors, the court will approve the application to employ Joe Aguirre/Pacific Coast Real Estate as discussed on the record, with the requirement that Mr. Aguirre and Pacific Coast Real Estate and its agents not represent any buyers.  Mr. Geppert needs to resubmit the application so it can be sent out on notice to all creditors.  Mr. Geppert wanted to confer wth West Coast Commercial Realty regarding the geographic scope of its employment and will resubmit that application as well.

Ms. Neilson did not object to the court entering an order expunging the lis pendens.  Mr. Muth confirmed expunging the lis pendens resolves his client's motion for contempt.  The court will enter an order expunging the lis pendens.  The rest of the motion is moot.  Mr. Muth to lodge an order.

The court announced its findings and conclusions on the sale motions.  The four sale motions (ECF No. 359, 407, 408 and 409) are approved.  Mr. Geppert to lodge orders as discussed on the record, approving

compensation to Mr. Aguirre and Pacific Coast Real Estate, but deferring compensation for master broker West Coast Commercial Realty to be determined at a later date.  The orders should include findings of good faith.

Order to be prepared by:                                                                   Other: Mr. Muth

_____ Clerk's Office          _____ Chambers                    Mr. Geppert

Minute Order: