Below is an order of the court.

TERESA H. PEARSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:

Reinard Adolph Pollmann

Case No. 25-60008-tmr11

**ORDER EXPUNGING *LIS PENDENS***

This matter came before the Court on Movant David Montagne's Emergency Motion to Shorten Time, Expunge *Lis Pendens*, Enforce Sale Order, and for Order to Show Cause re Contempt (the "Motion"). Counsel for movant, Robert C. Muth was present and interested party Jaconda Lorell Nielson was present. The Court, having considered the Motion, hearing argument and the record in this bankruptcy case, and good cause appearing,

**IT IS ORDERED:**

1.    **Shortening Time.** The Motion is allowed on shortened time. The Court finds that cause exists under Federal Rule of Bankruptcy Procedure 9006(c) to hear and determine the Motion on an expedited basis because the recorded *lis pendens* clouds title to property sold pursuant to this Court's order and interferes with the finality and enforcement of the sale.

2.    **Sale Order Enforced.** The Court's Order Approving Sale of Real Property

Page 1 –    ORDER EXPUNGING *LIS PENDENS*

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON  97210
(503) 224-0055 · FAX (503) 222-5290

Located at 1525 12th Street, Florence, Oregon (the "Sale Order") remains in full force and effect. The real property located at 1525 12th Street, Florence, Oregon (the "Property") was sold free and clear of liens, encumbrances, claims, and interests as provided in the Sale Order.

3.    ***Lis Pendens* Expunged.** The Notice of *Lis Pendens* recorded by Jaconda Lorell Nielson against the Property is hereby expunged and of no further force or effect. Any claim asserted by Jaconda Lorell Nielson does not attach to, cloud, burden, or otherwise impair title to the Property as conveyed pursuant to the Sale Order.

4.    **Recording Authority.** Movant David Montagne is authorized to record a certified copy of this Order in the real property records for Lane County, Oregon. This Order shall constitute authority for the county recording officer, title companies, escrow companies, and all other persons or entities to treat the *lis pendens* as expunged, released, and void as to the Property.

5.    **Order to Show Cause.** Based on oral argument from counsel for Movant David Montagne, the motion for an order to show cause is rendered moot.

6.    **Service.** Movant shall promptly serve this Order on Jaconda Lorell Nielson by ECF where available and by any additional method reasonably calculated to provide actual notice, and shall file a certificate of service.

7.    **Fees and Costs Reserved.** The Court denies any motion or request for attorneys' fees, costs, and any contempt sanctions.

8.    **Further Relief.** The Court retains jurisdiction to enforce this Order and the Sale Order and to grant further relief as necessary.

###

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON  97210
(503) 224-0055 · FAX (503) 222-5290

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

**Presented By:**

KILMER, VOORHEES & LAURICK, P.C.

_____/s/ Robert C. Muth_____

Peter J. Viteznik, OSB No. 944540
pviteznik@kilmerlaw.com
Robert C. Muth, OSB No. 971710
rmuth@kilmerlaw.com
2701 NW Vaughn Street, Suite 780
Portland, Oregon 97210
(503) 224-0055
Attorneys for Movant David Montagne


Service List by US Mail:

**Joe Aguirre**
Pacific Coast Real Estate
1260 N Bayshore Dr #105
Coos Bay, OR 97420

**Tiffini Connell**
West Coast Commerical Realty, LLC
1700 7th Ave #2220
Seattle, WA 98101

**KIMBELL D GOURLEY**
Jones Williams Fuhrman Gourley
POB 1097Boise, ID 83701

**Jane Goularte**
125 E 10th St
Coquille, OR 97423

**Joconda Lorell Nielson**
2315 Spruce St
Florence, OR 97439

**Oregon Dept of Revenue**
ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

Page 3 –   ORDER EXPUNGING *LIS PENDENS*

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON  97210
(503) 224-0055 · FAX (503) 222-5290

**Reinard Adolph Pollmann**
2315 Spruce St
Florence, OR 97439

**Karen Richmond**
Compass California II Inc
3959 Mt Diablo Blvd #200
Lafayette, CA 94549

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON  97210
(503) 224-0055 · FAX (503) 222-5290