UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No.   25-60008-thp7 |
| REINARD ADOLPH POLLMANN | ) | |
| | ) | REPORT OF SALE |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

     I, Kenneth S. Eiler , the undersigned Chapter 7 Trustee, having sold property of the estate on <u>6-11-26</u> report as follows:

| GENERAL PROPERTY<br>DESCRIPTION | GROSS SALE PRICE<br>OF THE  PROPERTY | PURCHASER |
|---|---|---|
| SEE ATTACHED | SEE ATTACHED | SEE ATTACHED |

Attachments, if any:    <u>Final Closing Statement - 4893 Loftus Rd. Florence,, OR 97439</u>

DATED:  6-15-26

/s/ Kenneth S. Eiler
Kenneth S. Eiler, Trustee

| American Land Title Association | Certified True and Correct Copy <br> *(signature)* <br> AmeriTitle, LLC | FINAL ALTA Settlement Statement - Seller <br> Adopted 05-01-2015 |
|---|---|---|

File No./Escrow No.:   1078884
Officer/Escrow Officer: Lisa Summa

AmeriTitle, LLC
1280 N Bayshore Dr.
Ste. 206
Coos Bay, OR 97420
(541) 435-2220

Property Address:      4893 LOFTUS ROAD
                       FLORENCE, OR 97439 (LANE)

Seller:                UNITED STATES BANKRUPTCY COURT DISTRICT OF OREGON CASE NO. 25-60008-THP7 FOR
                       THE ESTATE OF REINARD ADOLF POLLMAN
                       515 NW Saltzman Road
                       Portland, OR 97229

Settlement Date:       6/11/2026
Disbursement Date:     6/11/2026

| Description | Seller | | |
|---|---|---|---|
| | P.O.C. | Debit | Credit |
| **Deposits, Credits, Debits** | | | |
| Sale Price of Property | | | $430,000.00 |
| **Prorations** | | | |
| County Taxes 6/11/2026 to 7/1/2026 @ $418.81/Year | | | $22.95 |
| County Taxes 6/10/2026 to 7/1/2026 @ $3,300.08/Year | | | $180.83 |
| **Payoffs** | | | |
| Payoff Account No. 0860542 to Lane County Treasurer | | $1,471.73 | |
| Payoff Account No. 0860559 to Lane County Treasurer | | $21,035.11 | |
| Payoff Deed of Trust 2009-028182 to Anderson Living Trust | | $195,000.00 | |
| Payment on Case No. 22-CV-33402 to Department of Consumer and Business Services | | $149,783.06 | |
| **Commissions** | | | |
| Listing Agent Real Estate Compensation to Pacific Coast Real Estate and Development | | $25,800.00 | |
| **Title Charges** | | | |
| Title - Owner's Title Insurance to Cascade Title Company | | $1,210.00 | |
| Title - Settlement or closing fee to AmeriTitle, LLC | | $792.50 | |
| Title - Release Tracking Fee - Seller to AmeriTitle, LLC | | $190.00 | |
| Title - Local Government Lien Search - Seller Debit to Cascade Title Company | | $35.00 | |
| **Government Recording and Transfer Charges** | | | |
| eRecording Fees Paid to Simplifile - Seller to AmeriTitle, LLC      $5.00 | | $5.00 | |
| Record Appointment of Successor Trustee $92.00 | | $92.00 | |
| **Additional Settlement Charges** | | | |
| Net Proceeds to Kenneth S. Eiler, Trustee to reserve for IRS Secured claim | | $34,789.38 | |
| | P.O.C. | Debit | Credit |
| **Subtotals** | $0.00 | $430,203.78 | $430,203.78 |
| Due To Seller | | $0.00 | |
| **Totals** | $0.00 | $430,203.78 | $430,203.78 |

File # 1078884

Printed on 6/11/2026 at 4:09 PM