DISTRICT OF OREGON
**F I L E D**
**July 01, 2026**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

*Teresa H. Pearson*
TERESA H. PEARSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 25-60008-thp7 |
| Reinard Adolph Pollmann, | ORDER RE COMPENSATION OF BROKERS FOR SALE OF HOTEL IN NEWPORT HOTEL AND BUSINESS CENTER IN FLORENCE |
| Debtor. | |

For the reasons set forth in this court's memorandum decision,[1] it is HEREBY ORDERED that

1.    The trustee is authorized to compensate the local broker Pacific Coast Real Estate and Development $7,500 for the sale of the Newport hotel property and $5,000 for the sale of the Florence business center property.  Any further compensation to the local broker for these two sales is denied.

2.    The trustee is authorized to compensate the master broker West Coast Commercial Realty $1,875 for the sale of the Newport hotel property and $1,250 for the sale of the Florence business center property.

# # #

---

[1] Memorandum Decision re Compensation of Brokers for Sale of Newport Hotel and Florence Business Center Properties, ECF No. 520, entered July 1, 2026.

Page 1 of 1 –  ORDER RE COMPENSATION OF BROKERS FOR SALE OF HOTEL IN NEWPORT AND BUSINESS CENTER IN FLORENCE