**Stephen A. Raher**, OSB 095625
    Direct:  971.867.2440
    Email:  sraher@pdx-law.com
**TABOR LAW**
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
Fax:  971.634.0250

    Counsel for Secured Creditor Advanced Investment Corp.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 25-60008-thp7 |
| **Reinard Adolph Pollman,** | **RESPONSE AND RESERVATION OF RIGHTS** |
| Debtor. | |

    Pursuant to Federal Rule of Bankruptcy Procedure 9014, secured creditor Advanced Investment Corp., as loan servicer for Scott G. Schultz & Brigitte A. Schultz (**"AIC"**), provides the following response to the Notice of Intent to Sell Real or Personal Property, Compensate Real Estate Broker, and/or Pay Any Secured Creditor's fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing (ECF No. 511, the **"Sale Motion"**) filed by trustee Kenneth S. Eiler (**"Trustee"**).

    In the Sale Motion, the Trustee proposes to sell real property located at 2153 10th Street, Florence, Oregon (the **"Property"**), which is subject to a perfected security interest held by AIC. AIC does not object to the proposed sale in principle, but files this response on a precautionary basis to clarify that it is entitled to payment of its secured claim in full, consistent with 11 U.S.C. § 363(f)(3), and does not consent to any other treatment. This appears to be the Trustee's intent as set forth in the "Sale Proceeds Waterfall Statement" attached to the Sale Motion; however, the balance of AIC's claim is higher than the amount set forth in that Statement. A payoff statement as of July 31, 2026 is attached hereto.

\\\

**Page 1 of 2 – RESERVATION OF RIGHTS**

DATED: July 6, 2026

TABOR LAW

*/s/ Stephen A. Raher*

Stephen A. Raher, OSB 095625
  4110 SE Hawthorne Blvd., PMB 506
  Portland, Oregon 97214

Counsel for Secured Creditor

**Page 2 of 2 – RESERVATION OF RIGHTS**



1593 Willamette Falls Drive | West Linn, OR 97068

NMLS No. 278210 | Oregon ML-333 | Tel 503.342.2000 | Fax 503.342.2400 | www.aicloans.com

06/25/2026

Tabor Law Group
Attn: Timothy A. Solomon
(971) 634-0190
tsolomon@pdx-law.com

## BENEFICIARY'S DEMAND FOR PAYOFF – S. SCHULTZ

Reinard A. Pollmann
1845 Hwy 126
Florence, OR 97439
Account: 2987 ; 2153 10th Street, Units 10-17, Florence, OR 97439

You are authorized to use the following amounts to pay off the above-mentioned loan. There will be no execution of an Appointment of Successor Trustee document, and only the current Trustees, Robert A. Smejkal or David P. Smith, will draft and execute the reconveyance document/s. Requests for having a title company or other entity to be appointed as Successor Trustee for the purpose of reconveying the Trust Deed/s will be respectfully declined.

| Payoff Date | 07/31/2026 |
| --- | --- |
| Maturity Date | 06/24/2024 |
| Next Payment Due | 03/24/2025 |
| Interest Rate | 12.000% |
| Interest Paid-To Date | 02/24/2025 |
| Principal Balance | $210,000.00 |
| Unpaid Interest | $0.00 |
| Accrued Interest From 02/24/2025 To 07/31/2026 | $36,108.49 |
| Unpaid Late Charges | $735.00 |
| Accrued Late Charges if Payment is made after 15 day grace period | $1,680.00 |
| Unpaid Charges  (See itemization attached) | $4,222.87 |
| Prepayment Penalty | $0.00 |
| Other Fees (See itemization attached) | $28,281.71 |
| Trust Balance | -$0.00 |
| **Payoff Amount** | **$281,028.07** |

We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff.  **Please note that this demand expires on 08/01/2026**, at which time you are instructed to contact this office for additional instructions.

**At this time we ask all payoffs to be wired to Advanced Investment Corp. wiring instructions will be provided.**

Sincerely,

Austin Walker, President
austin@aicloans.com

| ITEMIZATION OF UNPAID CHARGES | | | | | |
|---|---|---|---|---|---|
| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
| Aug 9, 2023 | Extension Fee | 0.000% | $2,100.00 | $0.00 | $2,100.00 |
| Jan 17, 2025 | RETAINER | 0.000% | $500.00 | $0.00 | $500.00 |
| Mar 3, 2025 | Tabor Law Group | 0.000% | $120.00 | $0.00 | $120.00 |
| Apr 1, 2025 | Tabor Law Group | 0.000% | $312.00 | $0.00 | $312.00 |
| Jul 1, 2025 | INV 8886 | 0.000% | $56.00 | $0.00 | $56.00 |
| Aug 1, 2025 | INV 8918 | 0.000% | $48.00 | $0.00 | $48.00 |
| Sep 1, 2025 | Tabor Law Group | 0.000% | $248.00 | $0.00 | $248.00 |
| Oct 1, 2025 | Tabor Law Group | 0.000% | $112.00 | $0.00 | $112.00 |
| Feb 1, 2026 | Tabor Law Group | 0.000% | $80.00 | $0.00 | $80.00 |
| Mar 1, 2026 | INV 9093 FEB CHRGS | 0.000% | $152.00 | $0.00 | $152.00 |
| Apr 1, 2026 | INV 9117 MAR Charges | 0.000% | $208.00 | $0.00 | $208.00 |
| May 1, 2026 | INV 9132 APR Charges | 0.000% | $286.87 | $0.00 | $286.87 |
| | | | | Total | $4,222.87 |

| ITEMIZATION OF OTHER FEES | |
|---|---|
| Description | Amount |
| Reconveyance and OR Recording Fee | $235.00 |
| Attorney Close Out Fee | $2,500.00 |
| Balloon Late Fee | $10,500.00 |
| Default Interest from 2/24/2025 to 7/31/2026 at $28.77 per diem | $15,046.71 |
| Total | $28,281.71 |

## CERTIFICATE OF SERVICE

I certify that on the undersigned date, I caused this **RESPONSE AND RESERVATION OF RIGHTS** to be served on interested parties requesting notice through the Court's CM/ECF system, including the Debtor's counsel, and by US Mail to:

None

DATED:  July 6, 2026

By: */s/ Stephen A. Raher*  
Stephen A. Raher

**CERTIFICATE OF SERVICE**