In re:                                    )    Case No. 25-60008-thp7
                                          )
REINARD ADOLPH POLLMANN,    )    OBJECTION TO TRUSTEE'S
                                          )    MOTION TO SELL REAL PROPERTY
          Debtor.                         )
                                          )
_____  )

COMES NOW, Lisa Dawn Dunnihoo, an administrative and priority creditor of the estate, and respectfully submits this formal Objection to the Trustee's pending Motions to Sell Real Property regarding the estate's commercial and residential assets.

In support of this Objection, the Creditor states as follows:

1. ADMINISTRATIVE PRIORITY WAGE CLAIM: The Creditor provided a full year of continuous, uncompensated labor and property management services at the explicit direction of the Debtor. This specialized labor was performed to operate and maintain the Debtor's vacation rentals, Park Place and the Florence Business Center. To date, no wages have been paid, constituting a severe violation of Oregon wage and hour laws under ORS 652.140.

2. PRESERVATION OF ASSETS: The Creditor's continuous labor directly preserved, maintained, and enhanced the structural and market value of the very properties the Chapter 7 Trustee is currently seeking to liquidate. As such, these unpaid wages constitute an administrative expense necessary for the preservation of the estate.

3. OUTSTANDING PERSONAL INJURY CLAIM: The Creditor holds an active, unresolved claim against the Debtor and the estate arising from a severe personal injury sustained during a workplace accident while performing services on-site for the Debtor's businesses.

4. CONCLUSION: The Creditor respectfully requests that this Honorable Court deny or delay the final approval of the Trustee's motions to sell, or in the alternative, order that a sufficient portion of the gross sale proceeds be escrowed and held by the court to fully satisfy the Creditor's administrative priority wage and injury claims prior to any distribution to general or secured creditors.

Dated: July 4, 2026

By: _____
   Lisa Dawn Dunnihoo
   LizaDawnD@Icloud.com