In re:                                    ) Case No. 25-60008-thp7

REINARD ADOLPH POLLMANN,   ) OBJECTION TO TRUSTEE'S
                                          ) MOTION TO SELL REAL PROPERTY
                                          )
        Debtor.                           )
_____ )

**COMES NOW**, Jason Michael Larson, an administrative and priority creditor of the estate, and respectfully submits this formal Objection to the Trustee's pending Motions to Sell Real Property regarding the estate's commercial and residential assets.

In support of this Objection, the Creditor states as follows:

**1. LONG-TERM UNPAID TECHNICAL SERVICES:** For a continuous period of nine (9) years, the Creditor provided essential, high-value master mechanic services, structural property maintenance, and heavy fleet repairs across the Debtor's real estate assets and commercial vehicles. A massive portion of this technical labor remains entirely unpaid by the Debtor, establishing a substantial wage and hour claim against the estate.

**2. REPAIR AND MAINTENANCE OF ESTATE ASSETS:** The Creditor's nine years of specialized master mechanic services directly prevented the structural deterioration and mechanical failure of the estate's core tangible assets, directly contributing to the high market values the Trustee is attempting to capture in the current motions to sell.

**3. UNLAWFUL LOCKOUT AND CONVERSION OF TOOLS:** The current onsite management team operating under the estate has executed an illegal lockout, explicitly barring the Creditor from entering the workshops and garages where 100% of his professional tools and automotive equipment are stored. These tools represent the Creditor's professional livelihood and are being unlawfully withheld, constituting conversion of property.

**4. CONCLUSION:** The Creditor respectfully requests that this Honorable Court halt the finalization of the Trustee's property sales, or order that the Trustee immediately compel onsite management to grant unhindered access for the retrieval of the Creditor's professional tools, and escrow a portion of the sale proceeds to satisfy the outstanding priority debt owed for nine years of asset preservation labor.

Dated: July 4, 2026

By: _____
     Jason Michael Larson
     JasonMLarson247@gmail.com