Judson M. Carusone
Behrends Carusone
Attorneys at Law, PC
P.O. Box 10552
Eugene, OR 97440
Telephone (541) 344-7472
jcarusone@oregon-attorneys.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No.    25-60008-thp7 |
|---|---|
| Reinard Adolf Pollmann, | OBJECTION AND REQUEST FOR EVIDENTIARY HEARING REGARDING NOTICE OF INTENT TO SELL REAL PROPERTY (Dkt 509) |
| Debtor. | |

COMES NOW Debtor, by undersigned counsel, and objects to Trustee's Notice of Intent to Sell the real property described in his Notice of Intent (Dkt 509) and requests an evidentiary hearing on the matter.

The property was sold without sufficient exposure to the market and at a value significantly less than the property's fair market value.   The broker did not allow time for competing offers, and denied there was a right to make competing offers or upset bids.

As to pricing, Exhibit 1 shows that the four apartment properties are priced well below market value.   This is especially true for Timber Apartments, which is priced at half

OBJECTION AND REQUEST FOR EVIDENTIARY HEARING REGARDING NOTICE OF INTENT TO SELL REAL PROPERTY (Dkt 509) – Page  1

of market value. Timber Apartments is an outstanding property in good condition that is always fully occupied.   It has the best location in town, sitting behind the Safeway store, ACE Hardware, and Dollar Tree in the center of Florence.   New roofs were installed four years ago.   The property is used as an apartment but is deeded as separate townhouse units and could be sold for up to $150,000 per deeded unit.   The Gold Coast Apartments does not reflect the additional six 1 bedroom units the property has.   Pine Grove Condominiums has larger units that can be sold individually making the property more valuable, again at $150,000 per deeded unit.

As to market expose, Debtor had previously worked with Joshua Reynolds at Marcus and Millichap, a national commercial property broker.   Debtor contacted him about the current listings.   He has checked and found that none of these properties have ever been listed on LoopNet or any other listing service.   He believes at these prices there would have been interest buyers competitively bidding on the properties.   He already has found a buyer for the properties within one day, but, when he contacted Joe Aguirre, he was told that the bidding period closed on July 10 and that no new offers would be accepted.   Mr. Aguirre has refused to communicate with Debtor as to the listings, despite Debtor's right to find buyers at higher prices or to even repurchase his assets.

There is a history of underselling properties by Trutee and his chosen brokers.   Pricing on all the Estate's properties is at the lowest possible prices, and they are being sold to select buyers.   No property received proper market exposure, and all properties became "under contract" in just two days.   Proof that this is happening is evident from the sale in June of the Newport Bay Motel for $1,100,000.   The new owner is already

OBJECTION AND REQUEST FOR EVIDENTIARY HEARING REGARDING NOTICE OF INTENT TO SELL REAL PROPERTY (Dkt 509) – Page  2

flipping the property for double that amount at $2,200,000.   Exhibit 2 shows the new listing information.

BEHRENDS CARUSONE
Attorneys at Law, P.C.


By:    /s/    Judson M. Carusone
       Judson M. Carusone, OSB #942234
       Of Attorneys for Debtor

OBJECTION AND REQUEST FOR EVIDENTIARY HEARING REGARDING NOTICE OF INTENT TO SELL REAL PROPERTY (Dkt 509) – Page  3

CERTIFICATION OF SERVICE

I hereby certify that I electronically filed the foregoing **Objection and Request for Evidentiary Hearing Regarding Notice of Intent to Sell Real Property** using the U.S. Bankruptcy Court's Case Management/Electronic Case File  (CM/ECF) system on the date set forth below.

I certify that all active participants in the case are registered CM/ECF users and that service will be accomplished to them by the CM/ECF system.

In addition, I certify that the foregoing document was served on the parties listed below by mailing a copy thereof in a sealed, first-class postage prepaid envelope deposited in the U.S. mail at Eugene, Oregon on the date set forth below.

DATED this 21st day of July, 2026.


      __/s/__ Judson M Carusone_____
Judson M Carusone, OSB# 942234


List of Parties Served by Mail: None.

OBJECTION AND REQUEST FOR EVIDENTIARY HEARING REGARDING NOTICE OF INTENT TO SELL REAL PROPERTY (Dkt 509) – Page  4

| Complex | Price | Number of Units | Price per Unit | Market Value Price Per Unit | MV Price | Price Increase | % Increase |
|---|---|---|---|---|---|---|---|
| Timbers | 1,900,000 | 25 | 76,000 | 150,000 | 3,750,000 | 1,850,000 | 97% |
| Colonial | 900,000 | 8 | 112,500 | 115,000 | 920,000 | 20,000 | 2% |
| Gold Coast | 900,000 | 14 | 64,286 | 105,000 | 1,470,000 | 570,000 | 63% |
| Pine Grove | 900,000 | 8 | 112,500 | 150,000 | 1,200,000 | 300,000 | 33% |
| | 4,600,000 | | | | 7,340,000 | 2,740,000 | 60% |

Gold Coast is the most underpriced at $64,286. There are 8 2bd units and 6 1 bd units

Timbers is the best property with 25 2 bd units (16 townhouses and 9 one level units).
Property is severely underpriced at $76,000. Price per unit should be $150,000 and total price should be $3,750,000.
Marcus Millichap did a comprehensive valuation in 2021 and valued it then at $3,300,000.

Colonial appears propertly priced.

Pine Grove has 8 condiminium units that are significantly larger than units at the other properties.
Price per unit should be at $150,000.

Exhibit A - page 1 of 1

# NEWPORT BAY MOTEL
# OREGON COAST HOSPITALITY





## OFFERING SUMMARY

| | |
|---|---|
| **SALE PRICE** | $2,200,000 |
| **PRICE / ROOM** | $59,459 |
| **INTEREST** | Fee Simple |
| **YEAR BUILT** | 1947 |
| **NO. OF ROOMS** | 37 |
| **LOT SIZE** | 0.76 ± Acres (33,106 SF) |
| **ZONING** | C-1 · Economy Scale |

## PROPERTY DESCRIPTION

**Newport Bay Motel** is a 37-unit limited-service lodging property on US Highway 101 in the heart of Newport, on Oregon's central coast. The L-shaped, wood-frame building offers roughly 300 feet of highway frontage and a diversified unit mix — standard motel rooms alongside apartment-style units with full kitchens suited to weekly, monthly, and extended-stay occupancy. Amenities include a guest lobby, on-site guest and commercial laundry, and a manager's unit. Recently acquired out of bank-owned distress, the property is offered as a value-add opportunity. Detailed operating financials are not available; buyers should underwrite on the strength of the real estate, location, and unit mix.

## LOCATION DESCRIPTION

**Set on the Highway 101 corridor through Newport — Oregon's central-coast hub — one block from Samaritan Pacific Communities Hospital and minutes from Nye Beach, the Historic Bayfront, and the Oregon Coast Aquarium.** Tourism anchors Lincoln County year-round, while OSU's Hatfield Marine Science Center, NOAA's Marine Operations Center–Pacific, and the Port of Newport sustain non-seasonal demand. A built-out Hwy 101 corridor limits new supply.

**BRIAN RESENDEZ, CCIM**
O: 503.577.7710
brian.resendez@svn.com
OR #200406154

**JOSEPH AISTON**
O: 971.282.2031
joseph.aiston@svn.com
OR #201250293

Exhibit B - page 1 of 3

**NEWPORT BAY MOTEL**
**OREGON COAST HOSPITALITY**

PROPERTY PHOTOS












Exhibit B - page 2 of 3

# CONFIDENTIALITY AGREEMENT / REGISTRATION



THIS CONFIDENTIALITY AGREEMENT ("Agreement") is made and agreed to by SVN | Bluestone ("Broker") and
_____ ("Purchaser"), regarding the property known as Newport Bay Motel located in Newport, OR ("Property").

PURCHASER HAS REQUESTED information from Broker for the purpose of evaluating a possible acquisition of the Property. The Owner of the property has instructed Broker to deliver information concerning the Property, much of which is highly confidential, only to those potential purchasers who sign this Agreement.

THE PARTIES AGREE, in consideration of the covenants and agreements contained herein, as follows:

1.  Purchaser will not disclose, permit the disclosure of, release, disseminate or transfer, any information obtained hereunder ("Information") to any other person or entity.

2.  If Purchaser is a corporation, partnership, limited liability company or other non-natural legal entity, the person(s) signing this Agreement on its behalf will take all appropriate precautions to limit the dissemination of the Information only to those persons within the entity who have need to know of the information, and who are specifically aware of the Agreement and agree to honor it.

3.  This Agreement applies to all Information received from Broker, now or in the future, which is not readily available to the general public. Purchaser understands that all information shall be deemed confidential, valuable and proprietary such that its unauthorized disclosure, even without intent to harm, could cause substantial and irreparable harm to Owner and Broker.

4.  All information shall be used for the sole purpose of evaluating the potential acquisition of the Property and it shall not at any time, or in any manner, be used for any other purpose.

5.  Purchaser shall not contact directly any persons concerning the Property, other than Broker, without Broker's written permission. Such persons include, without limitation, Owner, Owner's employees, suppliers and tenants.

6.  Purchaser acknowledges that it is a principal and not an agent on behalf of any other party in conjunction with the purchase of the Property. Purchaser acknowledges that it is not working with any other broker or agent other than the Broker named below in connection with the property.

7.  In the event Purchaser is an agent, Purchaser agrees that no confidential information shall be shared with its clients without the client also signing the Confidentiality Agreement and naming the Agent as its representative.

8.  Neither Broker nor Owner make any representations or warranty, express or implied, as to the accuracy or completeness of any information provided by them. Purchaser assumes full and complete responsibility for reconfirmation and verification of all information received and expressly waives all rights of recourse against Owner and Broker with respect to the same.

9.  The Persons signing on behalf of Purchaser and Broker represent that they have the authority to bind the party for whom they sign.

**This Agreement shall be governed and construed in accordance with the laws of the State of Oregon.**

## REGISTRATION

PURCHASER  Name: _____    Company: _____

Address: _____

City: _____    State: _____    Zip: _____

Telephone: _____    Email: _____

BY: _____    Date: _____

BROKER  Name: _____    Date: _____

**NWRE Brokerage LLC Team Disclosure:**  https://drive.google.com/file/d/1J1U2Hm5r7yAWn2SDV7OTaK1rHzW54MBR/view

### BRIAN RESENDEZ, CCIM

O: 503.577.7710
brian.resendez@svn.com
OR #200406154

### JOSEPH AISTON

O: 971.282.2031
joseph.aiston@svn.com
OR #201250293

Exhibit B - page 3 of 3