Natalie C. Scott, OSB #024510
nscott@scott-law-group.com
SCOTT LAW GROUP LLP
PO Box 70422
Springfield, OR 97475
Telephone: 541-868-8005
Facsimile:  541-868-8004
Attorneys for Creditor Western Mercantile Agency Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Reinard Adolph Pollmann,<br><br>        Debtor. | Case No. 25-60008-thp7<br><br>**OBJECTION TO TRUSTEE'S NOTICE OF INTENT TO SELL (2153 10TH STREET)** |

Creditor Western Mercantile Agency, Inc. ("Creditor") files this precautionary objection to the Trustee's Notice of Intent to Sell Real Property and Motion for Authority to Sell Property Free and Clear of Liens (ECF 511) regarding the sale of 2153 10th Street, Florence, Oregon, which proposes not to pay Creditor's lien from the sale proceeds.

Creditor holds a judgment lien arising from the judgment entered in Lane County Circuit Court Case No. 24SC26915, docketed October 15, 2024, in the amount of $8,420.79 plus post-judgment interest (Claim 14-1). The lien attaches to several properties of the estate, including the property described in the Motion. Unless and until avoided, it is entitled to payment. Creditor, through counsel, has conferred with the Trustee regarding the lien.

The Motion proposes to sell the property free and clear of Creditor's lien under 11 U.S.C. § 363(f) and designates Creditor's lien as "not paid" on the theory that it is avoidable as a preference. Creditor's lien is valid, perfected, and not in bona fide dispute, and it has not been

**OBJECTION TO TRUSTEE NOTICE OF INTENT TO SELL**



avoided. Approval of the sale is not the equivalent of a judgment avoiding the lien. Unless and until the lien is avoided through an adversary proceeding under Federal Rule of Bankruptcy Procedure 7001, Creditor's lien attaches to the sale proceeds with the same validity, extent, and priority under 11 U.S.C. § 363(e).

Based on the Trustee's other sale notices in this case, including three other recently noticed sales (ECF 508, 509, and 510), the Trustee proposes to pay the same secured claims, including IRS Claim 7-3, from more than one sale, although each such claim may be satisfied only once. Satisfaction of those claims leaves sufficient funds on hand to pay Creditor's lien. The Motion acknowledges (footnotes 1 and 2) that subordinated liens become entitled to payment once senior secured claims are satisfied.

Creditor and the Trustee are continuing discussions regarding a possible resolution that will require approval of this Court. This objection is filed precautionarily to preserve Creditor's rights pending that resolution. Creditor therefore objects to the Motion to the extent it seeks to sell free and clear of, or to extinguish or impair, Creditor's lien without either paying the lien in full from the proceeds or preserving the lien in the sale proceeds pending resolution or an adversary determination of avoidability. Creditor reserves all rights, including to be paid in full on its judgment lien from the proceeds of this sale, to require the Trustee to establish avoidability through an adversary proceeding under FRBP 7001, and to object to any order inconsistent herewith.

DATED this 16th day of July, 2026.

SCOTT LAW GROUP, LLP

By:  /s/ Natalie C. Scott
     Natalie C. Scott, OSB #024510
     Attorneys for Creditor

**OBJECTION TO TRUSTEE NOTICE OF INTENT TO SELL**

Page **2** of **2**

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004

www.scott-law-group.com

SCOTT
LAW GROUP LLP

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026, the foregoing **OBJECTION TO TRUSTEE'S NOTICE TO SELL (2153 10TH STREET)** was served on participants in the case who are registered CM/ECF users through the CM/ECF system and by additional means or on non-participants as set forth below:

☐  Via First Class Mail to:  NONE

☐  Via Facsimile to:

☐  Via E-mail to:

DATED:  July 16, 2026

*/s/ Natalie C. Scott*
Natalie C. Scott

**CERTIFICATE OF SERVICE**                    Page 1 of 1



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004

www.scott-law-group.com