**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Reinard Adolph Pollmann** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | **25-60008-thp7** |

■ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $ **575,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $ **20,127.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B....................................................... | $ **595,127.00** |

| Part 2: | Summarize Your Liabilities |
|---|---|

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **20,731,939.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ **5,999,564.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ **3,320,583.00** |

| | |
|---|---|
| **Your total liabilities** | $ **30,052,086.00** |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ **24,000.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $ **10,000.00** |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**    page 1 of 2

Debtor 1   **Reinard Adolph Pollmann**                        Case number *(if known)*   **25-60008-thp7**

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Debtor 1   **Reinard Adolph Pollmann**                        Case number *(if known)*   **25-60008-thp7**

**Fill in this information to identify your case:**

Debtor 1          **Reinard Adolph Pollmann**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:      DISTRICT OF OREGON

Case number      **25-60008-thp7**
(if known)

■ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Advanced Investment Corp** <br><br> Description of property securing debt: **2153 10th Street, Units 10-17, Florence, OR 97439** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Creditor's name: **Advanced Investment Corp** <br><br> Description of property securing debt: **2718 Winchester Ave, Reedsport, OR 97467** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Creditor's name: **Advanced Investment Corp** <br><br> Description of property **1475 and 1575 10th Street, Florence, OR 97439** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No <br><br> ☐ Yes |

Debtor 1   **Reinard Adolph Pollmann**                                       Case number (*if known*)   **25-60008-thp7**

securing debt:

☐ Retain the property and [explain]:

_____

---

| Creditor's name: | **Advanced Investment Corp** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **1525 12th Street, Florence, OR 97439** | _____ | |

---

| Creditor's name: | **Advanced Investment Corp** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **1845 Highway 126 #G, Florence, OR 97439** | _____ | |

---

| Creditor's name: | **Ben Trask** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **House at 321 5th Street Coos Bay, OR 97420** | _____ | |

---

| Creditor's name: | **Chlothar Realty LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Property was sold already** | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **All of Block 83 in Newport, OR** | _____ | |

---

| Creditor's name: | **Idaho State Tax Commission** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **All Property** | _____ | |

---

| Creditor's name: | **Idaho State Tax Commission** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **All Property** | _____ | |

---

| Creditor's | **IRS** | ☐ Surrender the property. | ■ No |
|---|---|---|---|

Debtor 1    **Reinard Adolph Pollmann**                                Case number (*if known*)    **25-60008-thp7**

name:

■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ Yes

Description of property securing debt:    **All Property**

_____

---

Creditor's name:    **IRS**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

Description of property securing debt:    **All Property**

_____

---

Creditor's name:    **JPMorgan Chase Bank**

☐ Surrender the property.
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No

■ Yes

Description of property securing debt:    **2315 Spruce Street Florence, OR 97439  Lane County Primary residence**

_____

---

Creditor's name:    **JPMorgan Chase Bank**

☐ Surrender the property.
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

Description of property securing debt:    **1750 8th Street**

_____

---

Creditor's name:    **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

Description of property securing debt:    **10692 Highway 126, Florence, OR 97439**

_____

---

Creditor's name:    **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

Description of property securing debt:    **7659 Bernhardt Heights Road,**

_____

---

Creditor's name:    **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

Description of property:    **Address Unknown**

---

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 3

Debtor 1   **Reinard Adolph Pollmann**                      Case number (*if known*)   **25-60008-thp7**

securing debt:

---

Creditor's name: **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.

■ No

☐ Yes

Description of property securing debt: **1845 Highway 126, Suite G, Florence, OR 97439**

☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

Creditor's name: **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.

■ No

☐ Yes

Description of property securing debt: **1525 12th Street**

☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

Creditor's name: **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.

■ No

☐ Yes

Description of property securing debt: **1475 10th Street, Florence, OR 97439**

☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

Creditor's name: **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.

■ No

☐ Yes

Description of property securing debt: **1575 10th Street, Florence, OR 97439**

☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

Creditor's name: **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.

■ No

☐ Yes

Description of property securing debt: **85659 Cherry Street**

☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

Creditor's name: **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.

■ No

☐ Yes

Description of property securing debt: **Address Unknown**

☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

---

Debtor 1    **Reinard Adolph Pollmann**                                    Case number *(if known)*    **25-60008-thp7**

Creditor's name:    **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

■ No
☐ Yes

Description of property securing debt:    **4893 South Loftus Road**

---

Creditor's name:    **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

■ No
☐ Yes

Description of property securing debt:    **5619 Canary Road**

---

Creditor's name:    **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

■ No
☐ Yes

Description of property securing debt:    **6780 Highway 126, Florence, OR 97439**

---

Creditor's name:    **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

■ No
☐ Yes

Description of property securing debt:    **2153 10th Street, Apartment 10, Florence, OR 97439**

---

Creditor's name:    **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

■ No
☐ Yes

Description of property securing debt:    **2153 10th Street, Apartment 11, Florence, OR 97439**

---

Creditor's name:    **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

■ No
☐ Yes

Description of property securing debt:    **1575 10th Street, Florence, OR 97439**

---

Creditor's name:    **Lane County Assessment & Taxation**

☐ Surrender the property.
■ Retain the property and redeem it.

■ No
☐ Yes

Debtor 1  **Reinard Adolph Pollmann**                                    Case number (*if known*) **25-60008-thp7**

| | | |
|---|---|---|
| Description of property securing debt: | **2153 10th Street, Apartment 12, Florence, OR 97439** | ☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ |

| | | | |
|---|---|---|---|
| Creditor's name: | **Lane County Assessment & Taxation** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **2153 10th Street, Apartment 13, Florence, OR 97439** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Lane County Assessment & Taxation** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **2153 10th Street, Apartment 14, Florence, OR 97439** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Lane County Assessment & Taxation** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **2153 10th Street, Apartment 15, Florence, OR 97439** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Lane County Assessment & Taxation** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **2153 10th Street, Apartment 16, Florence, OR 97439** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Lane County Assessment & Taxation** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **2153 10th Street, Apartment 17, Florence, OR 97439** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Lane County Assessment & Taxation** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property | **7659 Bernhardt Heights Road** | | |

Debtor 1    **Reinard Adolph Pollmann**                                    Case number (*if known*)    **25-60008-thp7**

securing debt:

---

Creditor's name:    **ODR**

Description of property securing debt:    **All Property**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name:    **ODR**

Description of property securing debt:    **All Property**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name:    **Selene Finance, LLP**

Description of property securing debt:    **2315 Spruce Street Florence, OR 97439  Lane County Primary residence**

☐ Surrender the property.
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name:    **State of OR, Dept of Consumer and Bus**

Description of property securing debt:    **1750 8th Street, Florence, OR 97439**

☐ Surrender the property.
■ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name:    **Susan Toress**

Description of property securing debt:    **Buck Shot Motel Duplex in Smith Center, KS and farmstead in Smith Center, KS**

☐ Surrender the property.
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name:    **US Department of Housing & Urben Develop**

Description of property securing debt:    **53 Mone Vista Road, Orinda, CA 94563**

☐ Surrender the property.
☐ Retain the property and redeem it.

■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name:    **Western Mercantile Agency, Inc**

☐ Surrender the property.

■ No

---

Debtor 1  **Reinard Adolph Pollmann**                    Case number (*if known*)  **25-60008-thp7**

name:

| | |
|---|---|
| | ■ Retain the property and redeem it. |
| | ☐ Retain the property and enter into a *Reaffirmation Agreement.* |
| Description of property securing debt: **2315 Spruce Street Florence, OR 97439 Lane County Primary residence** | ☐ Retain the property and [explain]: |

☐ Yes

---

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

---

### Part 3:   Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Reinard Adolph Pollmann**                    X _____
    **Reinard Adolph Pollmann**                            Signature of Debtor 2
    Signature of Debtor 1


Date  **July 17, 2026**                                Date _____